UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUMBLE INC.,

        Plaintiff,

v.

NANDINI JAMMI, CLAIRE ATKIN, and
JOHN DOE NOS. 1–10,

        Defendants.

Case No. 8:23-cv-2718

## NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted, this 29th day of November 2023.

/s/ *Jered T. Ede*
Jered T. Ede (FBN: 1045898)
Elizabeth M. Locke (*pro hac vice forthcoming*)
Nicholas J. Brechbill (*pro hac vice forthcoming*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: jered@clarelocke.com
Email: libby@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiff Rumble Inc.*