# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| RUMBLE INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>NANDINI JAMMI, CLAIRE ATKIN, and<br>JOHN DOE NOS. 1–10,<br><br>     Defendants. | Case No. 8:23-cv-02718-CEH-JSS |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Rumble, Inc. hereby files this Response to the Court's December 21, 2023 Orders To Show Cause, Dkt. Nos. 9, 10, and respectfully informs the Court that on January 3, 2024 Elizabeth M. Locke and Nicholas J. Brechbill each filed their motions for their special admission to practice before this district, Dkt. Nos. 11, 12, which were granted on January 3, 2024, *see* Dkt. No. 13.  In light of those admissions, counsel also registered for CM/ECF in compliance with Local Rule 2.01(c) as directed by the Court.  Dkt. Nos. 9, 10.

Respectfully submitted,

*s/ Jered T. Ede*
Jered T. Ede
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: jered@clarelocke.com

*Attorney for Plaintiff Rumble Inc.*