UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUMBLE, INC.,

    Plaintiffs,

v.

NANDINI JAMMI, CLAIRE ATKIN, AND JOHN DOE NOS. 1-10,

    Defendants.

_____

Case No. 8:23-CV-02718-CEH

### DECLARATION OF JOHN M. BROWNING IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY

I, John M. Browning, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am counsel at the law firm of Davis Wright Tremaine LLP, attorneys for defendants Nandini Jammi and Claire Atkin ("Defendants"), and I submit this declaration to attach exhibits in support of Defendants' motion to dismiss the Complaint in the above-captioned action. This declaration is based on my personal knowledge, except as otherwise indicated.

1.     Annexed hereto as **Exhibit A** is a true and correct copy of a November 19, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

2.     Annexed hereto as **Exhibit B** is a true and correct copy of a November 20, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

3.     Annexed hereto as **Exhibit C** is a true and correct copy of a November 20, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

4.     Annexed hereto as **Exhibit D** is a true and correct copy of a November 20, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

1

5. Annexed hereto as **Exhibit E** is a true and correct copy of a November 21, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

6. Annexed hereto as **Exhibit F** is a true and correct copy of a November 22, 2023 tweet Dan Bongino posted on X.

7. Annexed hereto as **Exhibit G** is a true and correct copy of an October 3, 2023 tweet Nandini Jammi posted on X.

8. Annexed hereto as **Exhibit H** is a true and correct copy of a September 25, 2023 tweet Dan Bongino posted on X.

9. Annexed hereto as **Exhibit I** are true and correct copies of tweets Dan Bongino posted on X on September 24, 2023, June 25, 2023 and January 22, 2022.

10. Annexed hereto as **Exhibit J** is a true and correct copy of a November 18, 2023 tweet Elon Musk posted on X.

11. Annexed hereto as **Exhibit K** is a true and correct copy of a November 20, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

12. Annexed hereto as **Exhibit L** is a true and correct copy of a July 31, 2023 tweet Elon Musk posted on X.

13. Annexed hereto as **Exhibit M** is a true and correct copy of a November 29, 2023 tweet Rumble CEO Chris Pavlovski posted on X.

Dated: April 5, 2024                                /s/ John M. Browning
                                                        John M. Browning

Dated: April 5, 2024

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: **/s/ *Sarah M. Papadelias***
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias
Florida Bar No. 0125098
100 S. Ashley Dr., Ste. 600
Tampa, FL 33602
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com


DAVIS WRIGHT TREMAINE LLP

John M. Browning*
Katherine M. Bolger*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
jackbrowning@dwt.com
\* Admitted *Pro Hac Vice*

*Counsel for Defendants Nandini Jammi and Claire Atkin*