# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUMBLE INC.,

        Plaintiff,

v.

NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10,

        Defendants.

**Case No. 8:23-cv-02718-CEH**

## JOINT NOTICE OF SELECTION OF MEDIATOR

NOTICE is hereby given that the Parties have selected Bradford Kimbro, certified mediator, to conduct mediation in this matter pursuant to the Court's April 11, 2024 Case Management and Scheduling Order. (ECF No. 37.) The Parties have reserved a mediation date of April 30, 2025 with Mr. Kimbro.

|  | Respectfully submitted, |
|---|---|
| s/ *Jered T. Ede* | s/ *Sarah M. Papadelias* |
| Jered T. Ede | John M. Browning |
| (Florida Bar No. 1045898) | (admitted *pro hac vice*) |
| Elizabeth M. Locke | Katherine Bolger |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| Nicholas J. Brechbill | DAVIS WRIGHT TREMAINE LLP |
| (admitted *pro hac vice*) | 1251 Avenue of the Americas |
| CLARE LOCKE LLP | New York, New York 11225 |
| 10 Prince Street | Telephone: (212) 603 6410 |
| Alexandria, Virginia 22314 | Email: jackbrowning@dwt.com |
| Telephone: (202) 628-7400 | Email: katebolger@dwt.com |
| Email: jered@clarelocke.com |  |
| Email: libby@clarelocke.com | Deanna K. Shullman (SBN 514462) |
| Email: nick@clarelocke.com | Sarah M. Papadelias (SBN 0125098) |
|  | SHULLMAN FUGATE PLLC |
| *Attorneys for Plaintiff Rumble Inc.* | 2101 Vista Parkway, Ste. 4006 |
|  | West Palm Beach, Florida 33411 |
|  | Telephone: (561) 429-3619 |
|  | Email: dshullman@shullmanfugate.com |
|  | Email: spapadelias@shullmanfugate.com |
|  |  |
|  | *Attorney for Defendants Nandini Jammi and Claire Atkin* |

## Local Rule 3.01(g) Certification

All Parties have conferred and consent to the relief requested.