UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUMBLE, INC.,

    Plaintiffs,

v.

NANDINI JAMMI, CLAIRE ATKIN,
AND JOHN DOE NOS. 1-10,

    Defendants.

_____

Case No. 8:23-CV-02718-CEH

DECLARATION OF JOHN M. BROWNING IN SUPPORT OF DEFENDANTS NANDINI JAMMI AND CLAIRE ATKIN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

I, John M. Browning, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am counsel at the law firm of Davis Wright Tremaine LLP, attorneys for Defendants Nandini Jammi and Claire Atkin ("Defendants"), and I submit this declaration to attach exhibits in support of Defendants' Motion to Dismiss the Amended Complaint in the above-captioned action. This declaration is based on my personal knowledge, except as otherwise indicated.

1. Annexed hereto as **Exhibit A** is a true and correct copy of the Amended Complaint filed in this action on April 26, 2024.

2. Annexed hereto as **Exhibit B** is a true and correct copy of a tweet Defendant Jammi posted on X on October 3, 2023, which is incorporated by reference in the Amended Complaint at ¶84(d).

3. Annexed hereto as **Exhibit C** is a true and correct copy of a September, 26, 2023 Check My Ads Institute article entitled "*8 Things To Know About Rumble, The*

1

*Toxic Platform That Will Stream The GOP Debate*" (available at https://checkmyads.org/updates/rumble-gop-debate-explainer/), which was incorporated by reference in the Amended Complaint at ¶84 n.17.

4. Annexed hereto as **Exhibit D** is a true and correct copy of a September 28, 2023 Check My Ads article entitled "*It's not just Russell Brand. Here are other toxic people Rumble is monetizing*" (available at https://checkmyads.org/updates/rumble-toxic-influencers-bongino-brand/), which was incorporated by reference in the Amended Complaint at ¶48 n.8.

5. Annexed hereto as **Exhibit E** is a true and correct copy of the "About Us" page for Check My Ads Institute (available at https://checkmyads.org/about/), which was incorporated by reference in the Amended Complaint at ¶23 n.2.

6. Annexed hereto as **Exhibit F** is a true and correct copy of a September, 26, 2023 Check My Ads article entitled "*How to block Rumble from your ad campaigns*" (available at https://checkmyads.org/branded/how-to-block-rumble-from-your-ad-campaigns/), which was incorporated by reference in the Amended Complaint at ¶48 n.7.

7. Annexed hereto as **Exhibit G** is a true and correct copy of relevant pages from the May 12, 2022 Form S-4 Rumble filed with the SEC, which is incorporated by reference in the Amended Complaint at ¶15.

8. Annexed hereto as **Exhibit H** is a true and correct copy of relevant pages from the August 9, 2022 Form S-4 that Rumble filed with the SEC, which is incorporated by reference in the Amended Complaint at ¶15.

9. Annexed hereto as **Exhibit I** is a true and correct of relevant pages from the November 4, 2022 Form 10-Q that Rumble filed with the SEC, which is incorporated by reference in the Amended Complaint at ¶15.

10. Annexed hereto as **Exhibit J** is a true and correct copy of a tweet Defendant Jammi posted on X on August 16, 2023, which is incorporated by reference in the Amended Complaint at ¶84(a).

11. Annexed hereto as **Exhibit K** is a true and correct copy of a tweet Defendant Jammi posted on X on September 26, 2023, which is incorporated by reference in the Amended Complaint at ¶84(b).

12. Annexed hereto as **Exhibit L** is a true and correct copy of a tweet Defendant Atkin posted on X on September 26, 2023, which is incorporated by reference in the Amended Complaint at ¶84(c).

Dated: May 10, 2024                           /s/ John M. Browning
                                                                                                        John M. Browning

Dated: May 10, 2024

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: **/s/ *Sarah M. Papadelias*** 
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias
Florida Bar No. 0125098
100 S. Ashley Dr., Ste. 600
Tampa, FL 33602
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com


DAVIS WRIGHT TREMAINE LLP

John M. Browning*
Katherine M. Bolger*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
jackbrowning@dwt.com
\*  Admitted *Pro Hac Vice*

*Counsel for Defendants Nandini Jammi and Claire Atkin*