# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RUMBLE INC.,

        Plaintiff,

  v.

NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10,

        Defendants.

Case No. 8:23-cv-02718-CEH

## UNOPPOSED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(4), Plaintiff Rumble, Inc. respectfully moves the Court for a modest thirty (30) day extension of time to file its Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, making Rumble's response due on Monday, July 1, 2024.

## MEMORANDUM OF LAW IN SUPPORT

Rumble filed its original Complaint on November 29, 2023.  (ECF No. 1.) Defendants Jammi and Atkin agreed to waive service on January 26, 2023. (ECF Nos. 20, 21.)  On February 2, 2024, the Parties filed a Joint Motion for a Scheduling Order asking the Court to set a briefing schedule that would extend the time for Defendants to answer or move to dismiss until April 5, 2024 and grant Rumble until May 31, 2024 to file its Response to Defendants' Motion to Dismiss.

On March 11, 2024, the Court granted in part and denied in part the Parties' Joint Motion for Entry of a Scheduling Order. The Court extended Defendants' deadline to answer the Complaint or move to dismiss until April 5, 2024, and otherwise denied the Motion. The Court's Order instructed Rumble to "seek relief in a motion," "to the extent Plaintiff seeks an extension of its response deadline." (Endorsed Order (Mar. 11, 2024), ECF No. 28.)

Defendants filed their Motion to Dismiss on April 5, 2024. (ECF No. 30.) After reviewing Defendants' Motion to Dismiss, Rumble amended its Complaint pursuant to Fed. R. Civ. P. 15(a)(1). Rumble filed its Amended Complaint on April 26, 2024. (ECF No. 42.)

After Rumble filed its Amended Complaint, the Court denied Defendants' then-pending Motion to Dismiss as moot. (Endorsed Order (Apr. 30, 2024), ECF No. 43.) Defendants filed a Motion to Dismiss the Amended Complaint on May 10, 2024. (ECF No. 44.) Currently, Rumble's Response to Defendants' Motion to Dismiss the Amended Complaint is due on May 31, 2024.

Rumble respectfully requests a thirty (30) day extension to file its Response to Defendants' Motion to Dismiss the Amended Complaint such that Rumble's Response would be due on Monday, July 1, 2024. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court "may, for good cause, extend the time" to file responsive pleadings and may modify deadlines. *See also* Fed. R. Civ. P. 16(b)(4).

Given competing client demands in other litigation and counseling matters, the requested extension will provide Rumble's counsel with time needed to research and respond to arguments that Defendants have had nearly six months to develop. The extension is requested in good faith, and neither party would be prejudiced.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Rumble conferred with counsel for Defendants via email on May 14, 2024, and Defendants do not oppose the requested extension.

Dated: May 16, 2024          Respectfully submitted,

                                              s/ *Jered T. Ede*
                                              Jered T. Ede (Florida Bar No. 1045898)
                                              Elizabeth M. Locke (admitted *pro hac vice*)
                                              Nicholas J. Brechbill (admitted *pro hac vice*)
                                              CLARE LOCKE LLP
                                              10 Prince Street
                                              Alexandria, Virginia 22314
                                              Telephone: (202) 628-7400
                                              Email: jered@clarelocke.com
                                              Email: libby@clarelocke.com
                                              Email: nick@clarelocke.com

                                              *Attorneys for Plaintiff Rumble Inc.*