UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CASE NO: 8:23-CV-2718

| | |
|---|---|
| RUMBLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANDINI JAMMI, CLAIRE ATKIN, | ) |
| and JOHN DOE NOS. 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY**

Pursuant to Local Rule 3.01(d), Defendants Nandini Jammi and Claire Atkin ("Defendants") hereby seek leave to file a five-page reply brief in support of their Motion to Stay Discovery (Dkt. 46) to be due five business days after the Court decides this request. In support thereof, Defendants state as follows:

1. On May 10, 2024, Defendants filed a Motion to Stay Discovery (Dkt. 46) along with their Motion to Dismiss the Amended Complaint (Dkt. 44). Although plaintiff Rumble, Inc. ("Plaintiff") had not served discovery requests at the time the Motion to Stay Discovery was filed, Defendants predicted that Plaintiff would improperly use discovery to go on a "wide-ranging fishing expedition" for information unrelated to the allegedly defamatory statements at issue, which could be used as part of an aggressive campaign against Defendants and other media

1

monitoring groups. (Dkt. 46 at 4-6, 8-10).

2. Plaintiff filed a Response in Opposition to the Motion to Stay on May 24, 2024 (Dkt. 51), stating that Rumble had "not served any far-reaching discovery requests or embarked on a fishing expedition." *Id.* at 6-7.

3. On May 31, 2024, Plaintiff served Requests for Production on Defendant Claire Atkin and Defendant Nandini Jammi (the "Requests"). The Requests broadly seek any documents and communications regarding Rumble (not just communications related to the statements in suit) and also request privileged newsgathering information. On June 5, 2024, Plaintiff served Interrogatories on Defendants (the "Interrogatories"). The Interrogatories also broadly seek any information about any advocacy and/or news reporting work done by Defendants, through various third parties, related to Rumble.

4. Granting Defendants leave to file a reply will permit Defendants to update the Court concerning the improper breadth and scope of discovery served in this case and will aid the Court in its understanding and consideration of this matter in light of these discovery requests propounded after the motion was filed. *See, e.g., Montgomery Bank, N.A. v. Alico Road Business Park, LP*, 2014 WL 3828406 at *3 (M.D. Fla. Aug. 4, 2014) (granting motion for leave to file reply where the opposition brief raised new legal issues and where a reply would "benefit the Court's resolution of the pending motion"); *Pk Studios, Inc. v. R.L.R. Invs., LLC*, 2015 WL 12843877, at *1 (M.D. Fla. Dec. 8, 2015) (granting leave to file reply in support of motion to dismiss, stating that the purpose of a reply brief is to address any "new law or facts" set forth

by the opposition).

WHEREFORE, Defendants respectfully request that the Court grant them leave to file a five-page reply memorandum in support of their Motion to Stay Discovery.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants further certifies that they conferred with counsel for Plaintiffs by electronic mail on June 4, 2024, who advised that Plaintiff does not oppose the relief requested herein.

Dated: June 5, 2024

Respectfully submitted,

| | |
|---|---|
| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
| By: */s/ Sarah M. Papadelias*<br>Deanna K. Shullman<br>Florida Bar No. 514462<br>Sarah M. Papadelias<br>Florida Bar No. 0125098<br>100 S. Ashley Dr., Ste. 600<br>Tampa, FL 33602<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>spapadelias@shullmanfugate.com | John M. Browning*<br>Katherine M. Bolger*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>jackbrowning@dwt.com<br>*  Admitted *Pro Hac Vice*<br><br>*Counsel for Defendants Nandini Jammi and Claire Atkin* |

3