# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUMBLE INC.,

        Plaintiff,

v.

NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10,

        Defendants.

Case No. 8:23-cv-02718-CEH

## **DECLARATION OF NICHOLAS J. BRECHBILL**

I, Nicholas J. Brechbill, hereby declare under the penalty of perjury as follows:

1. I am a United States citizen over the age of 18 and am of sound mind. I am an attorney licensed to practice *pro hac vice* before this Court, a partner with the law firm Clare Locke LLP, and counsel for Plaintiff, Rumble.

2. I am familiar with and have knowledge of the facts and circumstances set forth in this declaration, which is being offered in support of Rumble's Response to Defendants' Motion to Dismiss.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of the Counterdefendants' Motion to Dismiss in *ThermoLife Int'l, LLC v. Vital Pharmaceuticals Inc.*, 19-cv-61380 (S.D. Fla. Nov. 18, 2019), which is cited on page 13 of Rumble's Response.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.

Executed: July 1, 2024              */s/ Nicholas J. Brechbill*
                                    Nicholas J. Brechbill