# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUMBLE INC.,

        Plaintiff,

v.

NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10,

        Defendants.

Case No. 8:23-cv-02718-CEH

## UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS

Pursuant to Middle District of Florida Local Rule 3.08, Plaintiff Rumble Inc. respectfully moves the Court for a two (2) week continuance for oral argument on Defendants' Motion to Dismiss Plaintiff's Amended Complaint, which is currently scheduled for October 9, 2024 at 2:00 pm via Zoom, because counsel for Rumble has a preexisting arbitration hearing in front of the American Arbitration Association ("AAA") on October 9 that cannot be rescheduled.  A modest two-week extension would give counsel for Rumble adequate time to prepare for the motion to dismiss oral argument.

## MEMORANDUM OF LAW IN SUPPORT

Rumble filed its Amended Complaint on April 26, 2024.  (ECF No. 42.)  On May 10, 2024, Defendants filed a Motion to Dismiss the Amended Complaint (ECF

No. 44), along with a Request for Oral Argument (ECF No. 48).

On September 16, 2024, the Court granted Defendants' Request for Oral Argument (Endorsed Order (Sep. 16, 2024), ECF No. 67) and noticed oral argument for October 9, 2024 (ECF No. 68).  Within three days of learning that oral argument on Defendants' Motion to Dismiss conflicts with a preexisting, multi-day AAA arbitration that runs through October 9, 2024 and cannot be rescheduled, Rumble promptly notified the Court of the preexisting conflict and filed the instant motion for a continuance.

Pursuant to Local Rule 3.08, Rumble respectfully requests a two (2) week continuance of the oral argument to allow Rumble's counsel adequate time to prepare for and attend the oral argument on Defendants' Motion to Dismiss.

Counsel for the parties conferred, and they have the following dates that they are unavailable, including October 22, 2024 and October 24 through 31, 2024. Rumble respectfully requests that the Court not schedule the new hearing for these dates.

No prior requests to continue the oral argument have been made.  The extension is requested in good faith, and neither party would be prejudiced.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Rumble conferred with counsel for Defendants via email on September 19, 2024, and Defendants do not oppose the requested extension.

## LOCAL RULE 3.08 CERTIFICATION

Counsel for Rumble certifies that Rumble consents to the requested continuance.

Dated: September 19, 2024

Respectfully submitted,

s/ *Jered T. Ede*
Jered T. Ede (Florida Bar No. 1045898)
Elizabeth M. Locke (admitted *pro hac vice*)
Nicholas J. Brechbill (admitted *pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: jered@clarelocke.com
Email: libby@clarelocke.com
Email: nick@clarelocke.com

*Attorneys for Plaintiff Rumble Inc.*