UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE CHARLENE EDWARDS HONEYWELL

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:23-cv-2718-CEH-LSG | **DATE:** November 8, 2024 |
| **RUMBLE INC.,**<br><br>Plaintiff,<br>v.<br><br>**NANDINI JAMMI, et al.,**<br><br>Defendants. | **PLAINTIFF'S COUNSEL:**<br>Elizabeth M. Locke and<br>Nicholas J. Brechbill<br><br><br>**DEFENDANTS' COUNSEL:**<br>John M. Browning and<br>Sarah M. Papadelias |
| **COURTROOM:** *via* Zoom | **INTERPRETER:** N/A |
| **TIME:** 11:31 A.M. – 1:24 P.M. | **TOTAL:** 1 Hour, 53 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

**PROCEEDING: CONTINUED MOTION HEARING**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

Defendants Nandini Jammi and Claire Atkin are also present on the Zoom call.

This matter is before the Court today for a continuation of the hearing started yesterday on Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 44).

Oral arguments resume.

Mr. Browning addresses the Court.

Ms. Locke responds.

A discussion is held.

The matter is taken under advisement.

A written order will be issued.

Court is adjourned.