**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

RUMBLE, INC.,

    Plaintiffs,

v.

NANDINI JAMMI, CLAIRE ATKIN,
AND JOHN DOE NOS. 1-10,

    Defendants.

Case No. 8:23-CV-02718-CEH

### DECLARATION OF JOHN M. BROWNING IN OPPOSITION TO RUMBLE, INC.'S MOTION TO EXTEND THE DEADLINE FOR MOTIONS TO ADD PARTIES OR AMEND PLEADINGS

I, John M. Browning, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am counsel at the law firm of Davis Wright Tremaine LLP, attorneys for defendants Nandini Jammi and Claire Atkin ("Defendants"), and I submit this declaration to attach exhibits in support of Defendants' opposition to Rumble, Inc.'s Motion to Extend the Deadline for Motions to Add Parties or to Amend Pleadings in the above-captioned action. This declaration is based on my personal knowledge, except as otherwise indicated.

1.    Annexed hereto as **Exhibit A** is a true and correct copy of the relevant portions of Defendant Jammi's Responses and Objections to Rumble Inc.'s First Set of Interrogatories.[1]

---

[1] The remaining portions of these Interrogatory Responses, which are not filed on the public docket as an attachment to this declaration, remain designated ATTORNEY'S EYES ONLY.

2

2. Annexed hereto as **Exhibit B** is a true and correct copy of Defendant Jammi's Responses and Objections to Rumble Inc.'s First Set of Requests for Production.

3. Annexed hereto as **Exhibit C** is a true and correct copy of a subpoena *duces tecum* dated July 25, 2024 that Rumble Inc. propounded against non-party Media Matters for America in this action.

4. Annexed hereto as **Exhibit D** is a true and correct copy of a subpoena *duces tecum* dated July 25, 2024 that Rumble Inc. propounded against non-party Dewey Square Group, LLC in this action.

Dated: November 12, 2024               /s/ John M. Browning
                                       John M. Browning

Dated: November 12, 2024

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Sarah M. Papadelias*
Deanna K. Shullman
Florida Bar No. 514462
Sarah M. Papadelias
Florida Bar No. 0125098
100 S. Ashley Dr., Ste. 600
Tampa, FL 33602
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
John M. Browning*
Katherine M. Bolger*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
jackbrowning@dwt.com
* Admitted *Pro Hac Vice*

*Counsel for Defendants Nandini Jammi and Claire Atkin*