UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| RUMBLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10, <br><br> Defendants. | Case No. 8:23-cv-02718-CEH-JSS |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Kathryn G. Humphrey moves for special admission to represent Plaintiff, Rumble, Inc., in this action. I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the United States District Court for the District of Maryland. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any case within the last thirty-six months in state or federal court in Florida.

If granted special admission to practice in this case before this Court, I will comply with the federal rules and this Court's local rules. And I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the

proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission, will register with the Court's CM/ECF system, and affirm the following oath:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Kathryn G. Humphrey
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: kathryn@clarelocke.com

*Attorney for Plaintiff Rumble Inc.*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to my special admission.