# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8:23-CV-2718

| | |
|---|---|
| RUMBLE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANDINI JAMMI, CLAIRE ATKIN, | ) |
| and JOHN DOE NOS. 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF CONSENT REGARDING JOINT MOTION TO MODIFY SCHEDULING ORDER

NOTICE is hereby given that Defendants Nandini Jammi and Claire Atkin (collectively "Defendants") withdraw their consent to modify deadlines in this case as requested in the parties' Joint Motion to Modify Scheduling Order filed on November 27, 2024. Dkt. 83 ("Joint Motion").

The parties previously conferred and agreed to seek the relief requested in the Joint Motion, citing various justifications for extending case deadlines (including fact discovery) back by approximately six months. Dkt. 83 at 3. In the months that have passed since that time, discovery has progressed, circumstances have changed, and Defendants no longer support or consent to a modification of the Case Management and Scheduling Order dated April 11, 2024. Dkt. 37.

The Court has made clear that it expects the parties to abide by case deadlines unless and until requested extensions have been granted. The Case Management Order in this case states that "[t]he filing of a motion for extension of time does not toll the time for compliance with deadlines…." Dkt. 37 at 6. This was also the clear message behind the Court's decision denying Defendants motion to stay discovery (*see* Dkt. 66) and the Court specifically stated at oral argument for Defendants' Motion to Dismiss that the parties deferred discovery at their own peril. Heeding this message, Defendants have conducted the discovery necessary for the summary judgment motion they intend to file pursuant to today's dispositive motion deadline. Defendants also understand that Rumble intends to cross-move for summary judgment based on the record as it now stands.[1]

Under these circumstances, it would be unfair and prejudicial to Defendants to extend the discovery period by six months. Defendants have limited resources, which they have rationed to obtain the evidence necessary for their defenses and draft summary judgment briefs that they believe will result in dismissal of this action with prejudice. Moreover, Rumble has indicated that it seeks to extend the discovery period so that it can pursue evidence relating third-party entities in the hopes of adding those entities as parties to this action. *See* Joint Motion, 5; Dkt. 74 (Rumble's Motion for Extension of Time to File Motions to Add Parties or Amend Pleadings). Rumble has

---

[1] Defendants are aware that the Court indicated that it was likely to grant leave to amend its pleadings if it granted Defendants' Motion to Dismiss Rumble's defamation claim. With the benefit of discovery, Defendants now intend to argue at summary judgment that Rumble lacks the evidence needed to establish multiple elements of its claim and thus amendment would be futile.

been aware from the beginning of this action that it would need to obtain this information in discovery and yet it still has not taken the steps necessary to do so. *See* Dkt. 80 at 3. Moreover, if Rumble is permitted to add new parties or statements at this late stage, Defendants will be forced to start discovery over again and may be deprived of their opportunity to prevail on summary judgment papers that they have prepared at significant expense.

For all these reasons, Defendants withdraw their consent from the parties Joint Motion. To the extent that Rumble renews or refiles its motion for an extension of the case schedule, Defendants respectfully reserve the right to oppose that motion pursuant to the applicable rules or leave from this Court.

Dated: March 4, 2025

Respectfully submitted,

| SHULLMAN FUGATE PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Sarah M. Papadelias*<br>Deanna K. Shullman (FBN 514462)<br>Sarah M. Papadelias (FBN 0125098)<br>100 S. Ashley Dr., Ste. 600<br>Tampa, FL 33602<br>Telephone: (561) 429-3619<br>dshullman@shullmanfugate.com<br>spapadelias@shullmanfugate.com | John M. Browning*<br>Katherine M. Bolger*<br>1251 Avenue of the Americas<br>New York, New York 1002<br>Telephone: (212) 489-8230<br>katebolger@dwt.com<br>jackbrowning@dwt.com<br>* Admitted *Pro Hac Vice*<br>*Counsel for Defendants* |