## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RUMBLE INC.,

          Plaintiff,

     v.

NANDINI JAMMI, CLAIRE ATKIN, and
JOHN DOE NOS. 1–10,

          Defendants.

**Case No. 8:23-cv-02718-CEH-LSG**

### DECLARATION OF NICHOLAS J. BRECHBILL
### IN SUPPORT OF PLAINTIFF'S MOTION FOR
### <u>PARTIAL SUMMARY JUDGMENT</u>

I, Nicholas J. Brechbill, hereby declare under the penalty of perjury as follows:

1.     I am a United States citizen over the age of 18 and of sound mind. I am an attorney licensed to practice *pro hac vice* before this Court, a partner with the law firm Clare Locke LLP, and counsel for Plaintiff Rumble Inc.

2.     I am familiar with and have knowledge of the facts and circumstances set forth in this Declaration, which is being offered in support of Rumble's Motion for Partial Summary Judgment.

3.     Attached as **Exhibit A** to this Declaration is a true and correct copy of an excerpt from Rumble's Form S-4 filed with the U.S. Securities and Exchange Commission ("SEC") on February 14, 2022. A full and complete copy of this

document was produced to Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00000001 and Rumble00000070–71.

4.    Attached as **Exhibit B** to this Declaration is a true and correct copy of an excerpt from Rumble's Form S-4 Amendment No. 1 filed with the SEC on May 12, 2022.  A full and complete copy of this document was produced to Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00001069 and Rumble00001189.

5.    Attached as **Exhibit C** to this Declaration is a true and correct copy of an excerpt from Rumble's Form S-4 Amendment No. 5 filed with the SEC on August 9, 2022.  A full and complete copy of this document was produced to Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00004432 and Rumble00004530.

6.    Attached as **Exhibit D** to this Declaration is a true and correct copy of an excerpt from Rumble's Form 10-Q for the quarterly period ended September 30, 2022, filed with the SEC.  A full and complete copy of this document was produced to Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00005439 and Rumble00005511.

7.    Attached as **Exhibit E** to this Declaration is a true and correct copy of an excerpt from Rumble's Form S-1 Amendment No. 2 filed with the SEC on November 4, 2022.  A full and complete copy of this document was produced to

Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00006788 and Rumble00006831.

8.    Attached as **Exhibit F** to this Declaration is a true and correct copy of a post made by Nandini Jammi on X (formerly, Twitter) on December 26, 2022, bearing the production number Rumble00014695.

9.    Attached as **Exhibit G** to this Declaration is a true and correct copy of an excerpt from Rumble's Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC.  A full and complete copy of this document was produced to Defendants by Rumble in this action.  The excerpt bears production numbers Rumble00005222 and Rumble00005269.

10.    Attached as **Exhibit H** to this Declaration is a true and correct copy of a March 16, 2023 email exchange between ███████████████████████████ and Claire Atkin, bearing production number DEFENDANTS00001493.

11.    Attached as **Exhibit I** to this Declaration is a true and correct copy of a post made by Jammi on X on May 21, 2023, bearing the production number Rumble00014697.

12.    Attached as **Exhibit J** to this Declaration is a true and correct copy of a post made by Jammi on X on May 21, 2023, bearing the production number Rumble00014696.

13. Attached as **Exhibit K** to this Declaration is a true and correct copy of a post made by Jammi on X on August 16, 2023, bearing the production number Rumble00014698.

14. Attached as **Exhibit L** to this Declaration is a true and correct copy of post made by Atkin on X on September 26, 2023, bearing the production number Rumble00014699.

15. Attached as **Exhibit M** to this Declaration is a true and correct copy of a post made by Jammi on X on September 26, 2023, bearing the production number Rumble00014700.

16. Attached as **Exhibit N** to this Declaration is a true and correct copy of a post made by Jammi on X on October 2, 2023, bearing the production number Rumble00014701.

17. Attached as **Exhibit O** to this Declaration is a true and correct copy of an October 2, 2023 email from Jammi to ███ ███████ ███████████████ bearing the production number DEFENDANTS001607.

18. Attached as **Exhibit P** to this Declaration is a true and correct copy of an email exchange between Jammi and ██████████████████████████ from September 29, 2023 to October 2, 2023, beginning with production number DEFENDANTS00001529.

19.    Attached as **Exhibit Q** to this Declaration is a true and correct copy of a post made by Jammi on X on October 3, 2023, bearing production number Rumble00014704.

20.    Attached as **Exhibit R** to this Declaration is a true and correct copy of the October 24, 2023 Check My Ads article titled "8 Things To Know About Rumble, The Toxic Platform That Will Stream The GOP Debate," beginning with production number Rumble00014705.

21.    Attached as **Exhibit S** to this Declaration is a true and correct copy of a screenshot captured by the Wayback Machine on November 15, 2023, of the website    https://checkmyads.org/about/,    bearing    production    number Rumble00014710.

22.    Attached as **Exhibit T** to this Declaration is a true and correct copy of Atkin's Responses and Objections to Rumble's First set of Interrogatories dated July 5, 2024.

23.    Attached as **Exhibit U** to this Declaration is a true and correct copy of a chart listing Rumble's monthly advertising revenue beginning with production number Rumble00014668.

24.    Attached as **Exhibit V** to this Declaration is a true and correct copy of the transcript of the deposition of Rachel Gilmore taken on February 4, 2025.

25.     Attached as **Exhibit W** to this Declaration is a true and correct copy of the transcript of the deposition of Alec D'Angelo taken on February 7, 2025.

26.     Attached as **Exhibit X** to this Declaration is a true and correct copy of the transcript of the deposition of Brandon Hardin taken on February 19, 2025.

27.     Attached as **Exhibit Y** to this Declaration is a true and correct copy of a February 25 and 26, 2025 email exchange between counsel for the Parties.

28.     Attached as **Exhibit Z** to this Declaration is a true and correct copy of Jammi's Second Amended Responses and Objections to Rumble's First Set of Interrogatories dated February 26, 2025.

29.     Attached as **Exhibit AA** to this Declaration is a true and correct copy of an October 20, 2022 article published by Media Matters for America beginning with the production number Rumble00014684.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the foregoing is true and correct.  Executed this 4th day of March 2025.

                                        /s/ *Nicholas J. Brechbill*
                                        Nicholas J. Brechbill