# Exhibit B

**As filed with the U.S. Securities and Exchange Commission on May 12, 2022**

**Registration No. 333-262725**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**AMENDMENT NO. 1 TO**
**FORM S-4**
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# CF ACQUISITION CORP. VI

(Exact name of registrant as specified in its charter)

| **Delaware** | **6770** | **85-1030340** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**110 East 59th Street**
**New York, NY 10022**
**(212) 938-5000**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Howard W. Lutnick**
**Chief Executive Officer**
**CF Acquisition Corp. VI**
**110 East 59th Street**
**New York, NY 10022**
**(212) 938-5000**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

***Copies to:***

| Ken Lefkowitz, Esq.<br>Gary J. Simon, Esq.<br>Michael Traube, Esq.<br>Javad Husain, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000 | Gordon Cameron<br>Matthew Hunt<br>Bennett Jones LLP<br>3400 One First Canadian Place<br>P.O. Box 130<br>Toronto, Ontario M5X 1A4<br>(416) 863-1200 | Noam Goodman<br>Russell Drew<br>DLA Piper (Canada) LLP<br>100 King St W Suite 6000<br>Toronto, Ontario M5X 1E2<br>(416) 365-3500 | Russell L. Leaf, Esq.<br>Sean M. Ewen, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 |
|---|---|---|---|

**Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective and after all conditions under the Business Combination Agreement to consummate the proposed business combination are satisfied or waived.**

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same

Table of Contents

- our ad targeting capabilities, and those of our competitors;
- our ability, and the ability of our competitors, to adapt our respective models to the increasing power and significance of influencers to the advertising community;
- the timing and market acceptance of our advertising content and advertising products, and those of our competitors;
- our marketing and selling efforts, and those of our competitors;
- public perceptions about the predominance of certain political viewpoints on our platform, regardless of whether those perceptions are accurate;
- the pricing for our advertising products and services relative to those of our competitors;
- the return our advertisers receive from our advertising products and services, and those of our competitors; and
- our reputation and the strength of our brand relative to our competitors.

***Changes to Rumble's existing content and services could fail to attract traffic and advertisers or fail to generate revenue.***

We may introduce significant changes to our existing content. The success of our new content depends substantially on consumer tastes and preferences that change in often unpredictable ways. If this new content fails to engage traffic and advertisers, we may fail to generate sufficient revenue or operating profit to justify our investments, and our business and operating results could be adversely affected. In addition, we have launched and expect to continue to launch strategic initiatives, which do not directly generate revenue but which we believe will enhance our attractiveness to traffic and advertisers. In the future, we may invest in new content, products, services, and initiatives to generate revenue, but there is no guarantee these approaches will be successful or that the costs associated with these efforts will not exceed the revenue generated. If our strategic initiatives do not enhance our ability to monetize our existing content or enable us to develop new approaches to monetization, we may not be able to maintain or grow our revenue or recover any associated development costs and our operating results could be adversely affected.

***Rumble derives a substantial portion of its revenue from advertising and its relationships with a small number of key advertising networks, the loss of which could materially harm its results of operations.***

A substantial portion of Rumble's revenue is generated from a small number of key advertising networks. For the nine months ended September 30, 2021, approximately 86% of Rumble's total revenue derived from a single advertising network, Google AdSense. As a user of Google AdSense, Rumble is subject to Google's standard terms and conditions under the Google AdSense Online Terms of Service, a copy of which is filed as an exhibit to this Registration Statement on Form S-4 of which this proxy statement/prospectus forms a part, which provide for (i) the creation by Rumble of an AdSense Account; (ii) a grant of permission by Rumble to Google to serve, as applicable, advertisements and other content, Google search boxes and search results and related search queries and other links to Rumble's website; and (iii) the receipt of payment by Rumble, based solely on Google's accounting, related to the number of valid clicks on ads displayed. Google AdSense and other advertising partners may not continue to do business with Rumble, or they may reduce the prices they are willing to pay to advertise with Rumble, if Rumble does not deliver ads in an effective manner, or if they do not believe that their investment in advertising with Rumble will generate a competitive return relative to alternatives. If Rumble's relationship with any third-party advertiser terminates for any reason, or if the commercial terms of its relationships are changed or do not continue to be renewed on favorable terms, Rumble would need to secure and integrate new advertising partners or develop its own advertising platform, which could negatively impact its revenues and profitability.