# Exhibit E

As filed with the Securities and Exchange Commission on November 4, 2022

Registration No. 333-267936

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## AMENDMENT NO. 2
## TO
## FORM S-1
## REGISTRATION STATEMENT
## UNDER
## THE SECURITIES ACT OF 1933

# RUMBLE INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **4899** | **85-1087461** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**444 Gulf of Mexico Dr**
**Longboat Key, FL 34228**
**(941) 210-0196**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Christopher Pavlovski**
**Chief Executive Officer**
**444 Gulf of Mexico Dr**
**Longboat Key, FL 34228**
**(941) 210-0196**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*
**Russell L. Leaf**
**Sean M. Ewen**
**Willkie Farr & Gallagher LLP**
**787 Seventh Avenue**
**New York, NY 10019-6099**
**(212) 728-8000**

**Approximate date of commencement of proposed sale to the public**: From time to time after this Registration Statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box: ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Rumble00006788

[Table of Contents](#)

and our business and operating results could be adversely affected. In addition, we have launched and expect to continue to launch strategic initiatives, which do not directly generate revenue but which we believe will enhance our attractiveness to traffic and advertisers. In the future, we may invest in new content, products, services, and initiatives to generate revenue, but there is no guarantee these approaches will be successful or that the costs associated with these efforts will not exceed the revenue generated. If our strategic initiatives do not enhance our ability to monetize our existing content or enable us to develop new approaches to monetization, we may not be able to maintain or grow our revenue or recover any associated development costs and our operating results could be adversely affected.

***Rumble derives a substantial portion of its revenue from advertising and its relationships with a small number of key advertising networks and advertisers, the loss of which could materially harm its results of operations.***

A substantial portion of Rumble's revenue is generated from a small number of key advertising networks. For the three and six months ended June 30, 2022, approximately 45% and 50%, respectively, of Rumble's total revenue derived from two advertising networks, Google AdSense and Decide (formerly known as LockerDome). As a user of Google AdSense, Rumble is subject to Google's standard terms and conditions under the Google AdSense Online Terms of Service, a copy of which is filed as an exhibit to the registration statement of which this prospectus forms a part, which provide for (i) the creation by Rumble of an AdSense Account; (ii) a grant of permission by Rumble to Google to serve, as applicable, advertisements and other content, Google search boxes and search results and related search queries and other links to Rumble's website; and (iii) the receipt of payment by Rumble, based solely on Google's accounting, related to the number of valid clicks on ads displayed. As a user of Decide, Rumble is subject to Decide's standard terms and conditions under its Partner Insertion Order, a copy of which is filed as an exhibit to the registration statement of which this prospectus forms a part, which incorporate the IAB/AAAA General Advertising Provisions, Version 3.0 and provide for applicable payment terms to Rumble based on ad usage. Google AdSense, Decide and other advertising partners, including publishers that are a part of Rumble's advertising network and key sponsors of host-read advertisements, may not continue to do business with Rumble, or they may reduce the prices they are willing to pay to advertise with Rumble, if Rumble does not deliver ads in an effective manner, or if they do not believe that their investment in advertising with Rumble will generate a competitive return relative to alternatives. If Rumble's relationship with any third-party advertiser terminates for any reason, or if the commercial terms of its relationships are changed or do not continue to be renewed on favorable terms, Rumble would need to secure and integrate new advertising partners or develop its own advertising platform, which could negatively impact its revenues and profitability.

***Rumble depends on third-party vendors, including Internet service providers and data centers, to provide core services.***

Although we are building our own technical infrastructure, Rumble depends on third-party vendors, including Internet service providers and data centers to, among other things, provide customer support, develop software, host videos uploaded by its users, transcode videos (compressing a video file and converting it into a standard format optimized for streaming), stream videos to viewers, and process payments. These vendors provide certain critical services to Rumble's technical infrastructure that are time-consuming and costly for Rumble to develop independently. Outages in those services would materially affect its video services and its ability to provide cloud services. Outages may expose Rumble to having to offer credits to subscribers, loss of subscribers, and reputational damage. Rumble is unlikely to be able to fully offset these losses with any credits it might receive from its vendors.

***New technologies have been developed that are able to block certain online advertisements or impair Rumble's ability to serve advertising, which could harm its operating results.***

New technologies have been developed that could block or obscure the display of or targeting of Rumble's content. For example, in June 2020, Apple announced plans to require applications using its mobile operating systems to obtain an end-user's permission to track them or access their device's advertising identifier for advertising and advertising measurement purposes, as well as other restrictions that could adversely affect

Rumble00006831