# Exhibit F

https://twitter.com/nandoodles/status/16074579   2023-11-28T20:18:53-05:00
43569551366?s=46&t=PTulrX1pF8MNL_RBWVRVUw

 **Nandini Jammi**
@nandoodles

Phew! Y'all are surprisingly into facts for a company that exists just to stream conspiracy theorists who've been kicked off YouTube.

But noted. Thanks.

> ▶ **Rumble -** 💀 **$RUM** ✅ @rumblevideo · Dec 26, 2022
> Replying to @nandoodles and @GoogleAds
> Your statement is false.
>
> The top two external ad networks Rumble uses, which includes Google, represent less than 20% of our revenue in Q3, down from 45% in Q2.

2:26 PM · Dec 26, 2022 · **14K** Views

**EXHIBIT**
**PX-011**

Rumble00014695