# Exhibit H

**(Unredacted Version Filed Provisionally Under Seal)**

Message

**From**: ▮
**Sent**: 3/16/2023 10:35:35 AM
**To**: Claire Atkin [claire@checkmyads.org]
**Subject**: Re: Rumble

I appreciate the heads-up!

I've moved on from my Media role here at ▮, but let me get this to the leadership. Are you conducting this study or are you finding this report from a 3rd party?

No plans to be in Hamburg.

---

**From:** Claire Atkin <claire@checkmyads.org>
**Sent:** Thursday, March 16, 2023 8:01 AM
**To:** ▮
**Subject:** Rumble

**CAUTION: External Email**

Hi ▮,

Hope you're well!

This is a friendly heads up. I just saw a list of top advertisers of Rumble.com. You were in the top 50 sponsors for December.

I'm in Hamburg next week at D3Con, if you happen to be attending!

Talk soon,

Claire

DEFENDANTS001493