# Exhibit I

https://x.com/nandoodles/status/1660262728919920645   2025-01-28T11:15:22-05:00



**Nandini Jammi**
@nandoodles

I'm glad you're bringing this up bc I checked out Rumble's Q1 2023 earnings report and it brought in just about $14.3M last quarter.

There's no multi-billion dollar valuation here — just a garden variety grift. (Your expertise.)

>  **Dan Bongino** ✓ @dbongino · May 21, 2023
> Replying to @nandoodles
> Cool. You can always listen on Rumble with our 2.74 million followers, where we went public at a multi-billion dollar valuation after you hilariously claimed to have bankrupted me. Lol. rumble.com/c/Bongino

8:34 AM · May 21, 2023 · **126.4K** Views

EXHIBIT
**PX-017**

Rumble00014697