# Exhibit J

https://x.com/nandoodles/status/1660263538214969345     2025-01-28T11:17:01-05:00



**Nandini Jammi**
@nandoodles

Revenue is up from $4M this time last year, and if my research is correct, much of that money comes from
GOOGLE ADS, which you so deliciously claim to have ditched.

api.mziq.com/mzfilemanager/...

> For the first quarter of 2023, revenue was $17.6 million, compared to $4.0 million in the first quarter of 2022, an increase of 336%. The increase is due to an $11.8 million increase in advertising revenue and a $1.8 million increase in licensing and other revenue. The increase in advertising revenue was driven by an increase in consumption as well as the introduction of new advertising solutions for creators, publishers and advertisers, including host read advertising and our online advertising management exchange (RAC), both of which we started to implement in the second half of 2022. The increase in licensing and other revenue was driven by tipping features within our platform as well as certain cloud, subscription, platform hosting fees, and provision of one-time content.

8:37 AM · May 21, 2023 · **20.6K** Views

EXHIBIT
PX-018

Rumble00014696