# Exhibit L

 **Claire Atkin**
@catthekin

Rumble, the most toxic place on the internet, is 90% funded by @GoogleAds. But the advertisers using Google didn't know! Until now

For days now, @nandoodles and I have been attacked by Dan Bongino and LibsOfTikTok. They hate that advertisers are leaving



How to block Rumble from your ad campaigns

From checkmyads.org

7:43 PM · Sep 26, 2023 · **365.3K** Views

EXHIBIT
PX-014

Rumble00014699