# Exhibit M

https://x.com/nandoodles/status/1706814986461311430    2025-01-28T10:54:09-05:00



**Nandini Jammi**
@nandoodles

A little known fact: @rumblevideo is largely monetized through Google Video Partners (GVP), a network of sites that Google forcibly opts YouTube advertisers into.

To fully block Rumble from your media buy, you need to opt out.

Instructions here:



How to block Rumble from your ad campaigns

From checkmyads.org

7:36 PM · Sep 26, 2023 · **23.1K** Views

EXHIBIT
PX-015

Rumble00014700