# Exhibit N

https://x.com/nandoodles/status/1708964459421573470    2025-01-28T11:02:37-05:00



**Nandini Jammi**
@nandoodles

It happened last week! Guess I was too busy demonetizing Rumble to notice.

5:57 PM · Oct 2, 2023 · **4,809** Views

EXHIBIT
PX-007

Rumble00014701