# Exhibit O

**(Unredacted Version Filed Provisionally Under Seal)**

| | |
|---|---|
| **Message** | |
| From: | Nandini Jammi [nandini@checkmyads.org] |
| Sent: | 10/2/2023 9:32:16 AM |
| To: | ▊▊▊▊▊▊▊▊▊▊▊ |
| Subject: | ▊▊▊▊▊▊ ads on Rumble |

Hi Alli,

Good morning! I'm Nandini Jammi, co-founder of Check My Ads, the adtech watchdog.

I'm reaching out to make sure your brand team knows their ads are running on Russell Brand's channel on a platform called Rumble. You can see my tweet here.

From my past work with ▊▊▊▊▊▊▊, I know the team takes brand safety seriously. I'd like to leave them with this set of instructions that we're sharing with advertisers:

https://checkmyads.org/branded/how-to-block-rumble-from-your-ad-campaigns/

In short, we recommend asking Google to opt you out of Google Video Partners, the audience extension feature that allowed your ads to run here in the first place.

I'm available to support if you have any questions. Have a great day!

Best,
Nandini Jammi
--
Co-founder, Check My Ads
@nandoodles | LinkedIn

DEFENDANTS001607