# Exhibit P

**(Unredacted Version Filed Provisionally Under Seal)**

| | |
|---|---|
| **Message** | |
| **From**: | Nandini Jammi [nandini@checkmyads.org] |
| **Sent**: | 10/2/2023 3:55:06 PM |
| **To**: | |
| **Subject**: | Re: Quick call this morning? |

Hi ▮,

Happy Monday to you! FIRST OF ALL, YOU ROCK. Thank you so much for doing this!

I'm looking forward to connecting with your colleagues at Criteo. I'll be prepping over here with information that I think will be helpful to them.

Best,
Nandini

On Mon, Oct 2, 2023, at 9:31 AM, ▮ wrote:

Hi Nandini,

Happy Monday!

Specific to ▮ (not Criteo's bidder) we checked inbound and we do see rumble.com in the listings but with *minimal* requests. Nevertheless we will block this domain ASAP.

It also has an app version with the following bundle ids
IOS: 1518427877 (no requests inbound atm)
Android: com.rumble.battles

Again no requests inbound at any significant volume (we see in slicer with 0 requests which means it sends less than 1000 requests a day!).

I'm separately trying to find the right intro for you for Criteo's bidder.

Thanks,
b


On Fri, Sep 29, 2023 at 10:25 AM ▮ <▮> wrote:

Hi Nandini,

Great to finally meet you as well.

For some additional clarity, within Criteo I manage the ▮ business, which is pretty distinct from Criteo's DSP and SSP assets.

Do you have feedback or analysis specific to publishers running through ▮?

In the meantime I'll try to identify the right person on the Criteo side to connect you with. Have you had contact up to this point, and if so with whom?

Best,

DEFENDANTS001529

> Barry
>
> On Fri, Sep 29, 2023 at 9:42 AM Nandini Jammi <nandini@checkmyads.org> wrote:
>
>> Hi ▮▮▮
>>
>> So good to meet your at ProgIO this week! I just wanted to flag for you that Criteo is running ads for Rumble, home of Alex Jones, Andrew Tate and Russell Brand. The platform is extremely unsafe for advertisers.
>>
>> I'm including a screenshot here for your convenience.
>>
>> The URL is:
>> https://www.weldingsuppliesfromioc.com/?utm_source=criteo&utm_medium=cpc&utm_campaign=lower-funnel-video&utm_content=January2023Video&sl=Criteo_Video_lower-funnel
>>
>> We've been advising advertisers to contact their agencies to block it from their media buys.
>>
>> https://checkmyads.org/branded/how-to-block-rumble-from-your-ad-campaigns/
>>
>> My recommendation is to block the platform for clients before bigger clients end up screenshotted.
>>
>>  LLet me know if you want to hop on a quick call this morning to discuss.
>> Co-founder, Check My Ads
>> @nandoodles | LinkedIn

Co-founder, Check My Ads
@nandoodles | LinkedIn

DEFENDANTS001530