# Exhibit Q

https://twitter.com/nandoodles/status/1709252496466575691    2023-11-28T20:53:08-05:00



**Nandini Jammi**
@nandoodles

Without @GoogleAds, Rumble would not be viable. It gets its revenues by DEFAULT thanks to two Google features:

•Performance Max
•Google Video Partners

It's criminal behavior by Google, which has promised brand safety to its clients.



1:02 PM · Oct 3, 2023 · 4,153 Views

EXHIBIT
PX-016

Rumble00014704