# Exhibit S



industry.

For well over a decade, the $400B surveillance advertising industry has operated with no oversight, no regulation and no consequences. They've produced layers of technology and algorithms that have purported to create an unprecented effective marketing machine.

Today, we know these algorithms have destabilized our information ecosystem, resulting in a global disinformation epidemic and a decimated local news industry. And yet, the impact of the surveillance advertising ecosystem on our everyday lives is not fully understood by the public, by policymakers or even by the marketing industry they serve.

However, marketers are unable to fight back. Too often, the adtech industry is working in direct opposition to advertisers — keeping information from them, making it difficult to check their ads, and keeping them out of the room.

While there are many trade groups and organizations that represent the industry, there are none that represent consumers. It's clear to us that the answer has to come from within.

## Support our work

- Get invited to private Q&As;, behind the scenes, and producer events.
- Receive podcast extras & outtakes.
- Step into the fight to defund hate speech and disinformation.

**Become a member**

---

**CHECK MY ADS**

**About**
- Our Mission
- Contact

**Discover**
- BRANDED
- Updates

**Support Us**
- Membership
- Donate

**Follow Us**   Twitter   LinkedIn   Instagram

Check My Ads Institute is a non-profit 501(c)3 organization. Copyright © 2021 Check My Ads. All content © of their respective owners. Privacy Policy