# Exhibit T

**(Filed Provisionally Under Seal)**