# Exhibit U

## (Filed Provisionally Under Seal)