# Exhibit W

## (Filed Provisionally Under Seal)