# Exhibit X

**(Filed Provisionally Under Seal)**