# Exhibit Y

**From:** Browning, Jack <JackBrowning@dwt.com>
**Date:** Wednesday, February 26, 2025 at 10:00 PM
**To:** Nick Brechbill <nick@clarelocke.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>, Sumonu, Lekan <Osumonu@dwt.com>, Sarah Papadelias <spapadelias@shullmanfugate.com>, Deanna Shullman <dshullman@shullmanfugate.com>, Libby Locke <libby@clarelocke.com>, Jered Ede <jered@clarelocke.com>, Kathryn Humphrey <kathryn@clarelocke.com>
**Subject:** RE: Rumble v. Jammi - Remote Deposition Link

Nick,

Here are our responses to your questions below. (1) We stipulate that the statements identified in Compl. 84 are of and concerning Rumble; (2) we take no position on the legal conclusion that each of the statements was published by Defendants but, consistent with the attached Second Amended Interrogatory responses from Ms. Jammi, we do not intend argue that any of the statements were not published by Defendants; and (3) we will not stipulate that any of the statements are false under the applicable substantial truth standard.

On the designation issue, Defendants are willing to remove the confidentiality designation from the body of the emails attached to your prior email but will continue to assert confidentiality over the names and/or companies Defendants were communicating with, which we deem to fall squarely within our protective order. We will endeavor to produce redacted copies for you no later than the end of the week.

Please let us know when we can expect a response to our questions about confidentiality status of the Rumble 30(b)(6) transcript.

Best regards,

Jack

**Jack Browning**  He/Him/His
**Partner,** Davis Wright Tremaine LLP

**P** ▇▇▇▇▇▇    **C** ▇▇▇▇▇▇    **E** jackbrowning@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Nick Brechbill <nick@clarelocke.com>
**Sent:** Tuesday, February 25, 2025 1:48 PM
**To:** Browning, Jack <JackBrowning@dwt.com>
**Cc:** Bolger, Kate <KateBolger@dwt.com>; Sumonu, Lekan <Osumonu@dwt.com>; Sarah Papadelias <spapadelias@shullmanfugate.com>; Deanna Shullman <dshullman@shullmanfugate.com>; Libby Locke <libby@clarelocke.com>; Jered Ede <jered@clarelocke.com>; Kathryn Humphrey <kathryn@clarelocke.com>
**Subject:** Re: Rumble v. Jammi - Remote Deposition Link

**[EXTERNAL]**

---

Jack,

We consent to extending the deadline for you to serve responses and objections to the subpoenas for Ms. Kay Wiley until March 5, 2025.

In light of the upcoming summary judgment deadline next week, please let us know by COB tomorrow whether Defendants are willing to stipulate to partial summary judgment on any of the following issues: 1) that each of Defendants' statements is of and concerning Rumble; 2) that each of the statements was published by the Defendants (meaning, that Jammi published her tweets, Atkin published her tweet, and they jointly published the Oct. 24, 2023 article); and 3) that Defendants' respective statements are false.

Separately, we request that Defendants dedesignate the following documents (also attached), which were produced by Defendants and designated as Confidential.

- DEFENDANTS001493
- DEFENDANTS001529
- DEFENDANTS001566
- DEFENDANTS001607

These are all communications between Ms. Jammi or Ms. Atkin and third-party advertisers relating to Defendants' efforts to convince those advertisers to stop advertising on Rumble.  Given that these are external communications with advertisers, and they do not contain confidential, proprietary, commercially, or journalistically sensitive information, we do not see any basis for designating them Confidential.  Moreover, Defendants have posted very similar messages publicly on their X pages.  For example, Ms. Jammi posted the following on X on October 2, 2023:



We would appreciate it if you could also let us know by COB tomorrow Defendants' position with respect to dedesignating the documents identified above.

Thanks,
Nick