# Exhibit Z

## (Filed Provisionally Under Seal)