# EXHIBIT B

Video Exhibit filed

in hard copy