# EXHIBIT C

Video Exhibit filed

in hard copy