# EXHIBIT E

Page 1
(6) Nandini Jammi on X: "Folks, this is a sideshow. Our fight isn't with Dan Bongino or Rumble. It's with the biggest purveyor and funder of disinformation in the world: @GoogleAds." / X
https://twitter.com/nandoodles/status/1709251444774154477



DEFENDANTS002066



DEFENDANTS002067

This campaign is going to spread

118

**G** @Ggnomesmusic · Oct 5, 2023
You don't look like the good guy in all this. You are definitely the villain.

11

**Lego77** @Lego77ogeL · Oct 3, 2023
Dan Bongina is just dog poop on your shoe. A minor, stinky inconvenience.

3   1   17   2.6K

**JenniferOstopezdo** @ostopezdo · Oct 3, 2023
KRma will reach you

4   89

**DanCamm** @Dan_Camm · Oct 3, 2023
Maybe don't groom children, as a start?

5   66

Show more replies

DEFENDANTS002068