# EXHIBIT F

https://twitter.com/nandoodles/status/1691850380315951463    2023-11-28T20:57:11-05:00



**Nandini Jammi**
@nandoodles

Rumble is all posturing, all the time. They're not a Google Ads killer or even close to it – they depend on Google for their business.

We're talking a house of cards.

>  **Chris Pavlovski** ✓ ▶ @chrispavlovski · Aug 16
>
> We are now starting to open this up. Emails are going out today to a select few who will start testing "RAC for Publishers".
>
> Hoping to make RAC the Google Adsense killer. twitter.com/ReclaimTheNetH…

12:32 PM · Aug 16, 2023 · **4,798** Views

Rumble00014698