# EXHIBIT N

# 🍿 Rumble Explainer

| Status | Archived |
|---|---|
| Type | |
| Strategic Initiatives | |
| Key Project? | |
| Lead / Accountable | B Brandon Hardin  Rachel Gilmore  A Alec D'Angelo  Nandini Jammi  Sarah |
| Organization / Publication | |

Twitter thread copy:

Meet Rumble, the exclusive live-streaming partner for the GOP debates that also cuts checks to creators for hate, transphobia, and antisemitism.

Here are 8 things to know about it:

https://checkmyads.org/updates/rumble-gop-debate-explainer/

____

**1) Rumble is backed by Peter Thiel and JD Vance.**

https://www.wsj.com/articles/peter-thiel-j-d-vance-invest-in-rumble-video-platform-popular-on-political-right-11621447661

_____

**2) Rumble is a platform meant to be immune to "cancel culture" — or what anyone else would call basic content moderation.**

https://www.theguardian.com/us-news/2023/oct/24/republican-debate-livestream-rumble-misogyny-extremism

_____

**3) Advertisers are already fleeing. Once they learn what Rumble is about, they don't like it.**

https://checkmyads.org/updates/rumble-advertisers-leave-stackadapt/

_____

**4) Rumble actively courts toxic creators. If a content creator is too toxic for YouTube, there's a good chance they can find a home on Rumble.**

https://checkmyads.org/updates/rumble-toxic-influencers-bongino-brand/

_____

**5) Violent conspiracy theories are free to spread on Rumble. Some of the most-watched content there appears on channels that promote conspiracy theories tied to QAnon.**

https://www.mediamatters.org/rumble/new-data-shows-right-wing-and-conspiracy-theorist-content-dominates-rumble-exclusive

_____

**6) Rumble is in app stores despite violating policies against discrimination or incitement of violence based on race.**

https://www.mediamatters.org/rumble/app-stores-continue-carry-rumble-app-despite-policy-violations

_____

**7) 7) Rumble is part of an effort to build a parallel economy that includes its own payment processor. Having a way to process transactions insulates it from other tech platforms' decisions — like PayPal blocking fundraising for Jan. 6 insurrectionists.**

https://www.reuters.com/technology/video-platform-rumble-acquires-stake-payment-processor-parallel-economy-2022-01-18/

_____

**8) Rumble is heavily monetized by Google Ads and can get cuts of ad campaigns meant for YouTube — but it can be blocked.**

https://checkmyads.org/branded/how-to-block-rumble-from-your-ad-campaigns/

**Copy:**

HEADLINE:

8 Things To Know About Rumble, The Toxic Platform That Will Stream The GOP Debate

ATTORNEYS' EYES ONLY                                                              DEFENDANTS001468

DRAFT 2 (after Brandon edits)

YouTube wannabe Rumble is more than just a streaming platform — it's a business that works to monetize content that was banned elsewhere, cutting checks to creators for hate, transphobia, and antisemitism.

And if you're advertising on YouTube, it might be getting a chunk of your campaign dollars.

Here's what you need to know about Rumble, the exclusive live-streaming partner for the GOP debates.

**It's backed by Peter Thiel and JD Vance**

Thanks to wealthy investors, Rumble can focus on growing users without worrying too much about burning cash (or driving away advertisers with unsafe content). One of those investors, Peter Thiel, is a billionaire venture capitalist who has funded an "anti-woke" film festival, a self-proclaimed science publication that questions evolution and climate change, and Project Veritas, known for its deceptively edited undercover videos targeting organizations like NPR, Planned Parenthood, and teachers unions.

Thiel has made statements like he doesn't "believe that freedom and democracy are compatible," and "I will take QAnon and Pizzagate conspiracy theories any day over a Ministry of Truth" in response to Facebook moderation, making him a great fit for a platform that regularly features QAnon videos on its leaderboard. He's also sunk millions of dollars into political candidates who denied the 2020 election results.

One of those candidates: JD Vance, the author of Hillbilly Elegy and now Republican senator for Ohio. Vance is the cofounder of Narya Capital, which has a seat on Rumble's board. The senator also took a personal stake in the streaming platform, the New York Times reported.

**It's a platform where almost anything goes**

Rumble likes to call itself a "free speech alternative" to YouTube, where anything goes as long as it's not against the law. In 2021, after getting an infusion of funding from Thiel, Rumble started branding itself as the "rails" of an "independent infrastructure" designed to be immune to "cancel culture" — or what anyone else would call *basic content moderation*.

When Russel Brand was accused of sexual assault and grooming and removed from YouTube, Rumble released a statement saying, "We don't agree with the behavior of many Rumble creators, but we refuse to penalize them for actions that have nothing to do with our platform."

It's that belief that sees Rumble leaning into personalities like alleged human trafficker Andrew Tate and conspiracy theorist Alex Jones — both of whom have been banned from YouTube and other platforms.

And its toxic content isn't just contained within U.S. borders. The platform has users around the world, including the United Kingdom, Canada, Australia, and Poland. France was concerned about it platforming known Russian propaganda channels and demanded the platform block them. Instead of complying, Rumble pulled out of France.

**Advertisers are already fleeing**

Rumble has one thing protecting it right now: **most people haven't heard of it, so they don't know how toxic it really is**. In fact, just 20% of American adults even know what Rumble is.

But every now and then, Rumble's content and support for toxic creators is so bad it makes the news — and that's when advertisers learn just how unsafe the platform is.

When Brand was demonetized on YouTube amid multiple assault and grooming accusations, Rumble made headlines for standing by their partnership with Brand.

In response, big-name brands, including Burger King, ASOS, and HelloFresh, removed their ads from Rumble. StackAdapt, an ad exchange, also removed Rumble from their platform inventory when we pointed out where they were placing ads.

Once advertisers discover the content Rumble hosts, they don't like what they see.

**Rumble actively courts toxic creators**

Rumble's CEO Chris Pavlovski seeks out toxic creators for exclusive content partnerships. He publicly approached Joe Rogan with a $100 million offer last year — right as the podcaster was facing backlash for repeatedly using a racial slur. Rogan turned down the offer. Luckily for Rumble, it has no shortage of controversial creators to lean back on.

The site platforms Alex Jones, a man who falsely claimed the Sandy Hook mass shooting was "staged." White supremacist Nick Fuentes also regularly posts on there. Rumble also signed a contract to give millions to Tate, who has been charged with rape and sex trafficking.

Dan Bongino, who was dropped by Fox News and is known for spreading disinformation about the 2020 election and COVID, is one of Rumble's largest shareholders. Right-wing nationalist Steve Bannon airs his "War Room" show on the platform, his only choice after being booted off YouTube, Spotify, and Twitter after calling for Dr. Anthony Fauci's decapitation.

If a content creator is too toxic for YouTube, there's a good chance they can find a home on Rumble.

**Violent conspiracy theories are free to spread on Rumble**

Some of the most-watched content on Rumble appears on channels that promote conspiracy theories tied to QAnon, a big-tent lie that suggests former president

ATTORNEYS' EYES ONLY

DEFENDANTS001469

Donald Trump is waging a secret war against Satan-worshipping pedophiles in elite society.

A Media Matters for America analysis, conducted from Feb. 1 to July 31 of this year, found 37% of all videos on Rumble's leaderboard of most-liked videos were from channels that "amplify right-wing conspiracy theories, including the QAnon conspiracy theory."

But QAnon isn't the only conspiracy Rumble gleefully amplifies.

A channel belonging to so-called "prophet" Julie Green appeared on the leaderboard at least 77 times during the duration of Media Matters' analysis. Green has claimed God will execute political figures for "their planned pandemic, shortages, inflation, mandates and for stealing an election." Green also says that former House Speaker Nancy Pelosi "loves to drink the little children's blood," and that President Joe Biden "is no longer alive."

This is a feature of Rumble, not a bug. The first page of results Rumble serves up when you search "COVID" on the platform are a hodgepodge of conspiracy videos. The top result on Oct 19, 2023 referred to "excessive COVID vaccine injuries" and garnered over 1 million views.

**Rumble is in app stores despite violating their policies**

Samsung, Apple, Google, LG, and Amazon's app stores all have policies against discrimination or incitement of violence based on race.

Yet they all willingly host the Rumble app, where you can find things like a five-hour livestream from men's rights activist Tommy Sotomayor extolling the merits of white supremacy. Or notorious racist Fuentes making a list of Jews participating in a chat with Elon Musk.

And Media Matters found ads for Rumble's livestream of the first Republican presidential primary debate on numerous pro-Hitler and neo-Nazi videos.

**Rumble is part of an effort to build a parallel economy**

Rumble's anti-big-tech business pitch is part of a larger effort to create an economy insulated from what it calls "cancel culture" but what others call "brand safety and content moderation."

In its effort to remain "uncancellable," Rumble acquired stake in a payment processor named Parallel Economy, spun up by Jeffrey Wernick and Bongino. Having a way to process transactions insulates Rumble from large tech platforms and their decisions — like, say, when PayPal blocked sites raising funds for Jan. 6 insurrectionists.

Rumble also launched its own cloud services provider in September, to "serve the significant share of the cloud market that is disenfranchised by Big Tech's censorship."

**Rumble is heavily monetized by Google Ads**

Rumble loves to boast about being free from Big Tech. In reality, the business appears to be heavily dependent on Google Ads, by far its largest advertising partner — and advertisers often have no idea their ads are appearing there. Rumble is part of Google Video Partners, which means Google dumps inventory there that many advertisers assume is going to YouTube.

And it seems to know brands wouldn't appreciate appearing next to some of Rumble's content: it has taken steps to minimize the risk of advertisers waking up to screenshots of their ads next to Alex Jones' face. Its two-tier system for ads monetizes the worst videos through Rumble Ads, its in-house ad platform, while featuring Google Ads on mainstream channels, such as Reuters.

But advertisers don't have to take that risk. **Here's our guide on how to get out of Google Video Partners and block Rumble from your ad campaigns**.

####END####

+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_+_++__+_+_

DRAFT 1:

There's a new YouTube wannabe on the scene, home to even more far-right extremism, election disinformation, conspiracies and bigotry — and now it's going to be the exclusive livestream provider for the third GOP debate.

It also might be running your ads.

Let us introduce you to the self-described "free speech" alternative to YouTube: Rumble.

**It's backed by Peter Thiel and JD Vance**

Thanks to support from wealthy investors Rumble is able to focus on growing users without worrying about burning through cash. Thiel is a billionaire investor and creator of the Founder's Fund, which is essentially a vehicle for him to throw money at projects that appeal to him. He's also potentially an FBI informant. The folks behind Rumble have deep pockets and ideological reasons for supporting Rumble rather than purely financial motives. Despite being based in Canada, Rumble has formed extensive relationships with conservative elites in the U.S.

**A "free speech" alternative**

Rumble likes to call itself a "free speech alternative" to YouTube. But it would be more accurate to call it a "free money alternative" to the website it based itself on.

In 2021, after getting an infusion of funding from Thiel, Rumble started branding itself as the "rails" of this "independent infrastructure" – one that CEO Chris Pavlovski called "immune to cancel culture."

ATTORNEYS' EYES ONLY

DEFENDANTS001470

In practice, that means Rumble is now the safe haven for toxic creators – including multiple alleged sex offenders, QAnon conspiracy theorists, and at *least* one prominent white nationalist.

This toxic content isn't contained within U.S. borders. The platform has users around the world, including in the United Kingdom, Canada, Australia, and Poland.

**Advertisers are already fleeing**

Rumble has one thing protecting it right now: most Americans haven't heard of it, so they don't know how toxic it really is. In fact, just 20% of American adults even know what Rumble is. Even fewer regularly consume their "news" on the platform, according to Pew Research Centre.

But every now and then, Rumble's toxic content is so bad it makes the news — and that's when advertisers learn just how unsafe the platform is.

When Russell Brand was demonetized on YouTube amid multiple assault and grooming accusations, Rumble made headlines for standing by their partnership with Brand — which they continue to do to this day.

In response, big-name brands removed their ads from Rumble, including Burger King, ASOS and HelloFresh. StackAdapt, an ad exchange, also removed Rumble from their platform inventory.

When advertisers find out what kind of content Rumble hosts, they don't like what they see.

**Rumble: the patron saint of toxic creators**

Brand isn't the first toxic creator Rumble has protected, and it won't be the last.

For years, the platform has been courting the likes of Brand and other toxic personalities like Andrew Tate and Joe Rogan with multi-million dollar streaming deals. In fact, Pavlovski publicly approached Rogan with a $100M offer last year — right as the podcaster was facing backlash for repeatedly using a racial slur.

Rogan turned down the offer. Luckily for Rumble, it has no shortage of controversial creators to lean back on.

There's Alex Jones, a man who falsely claimed the Sandy Hook mass shooting was "staged." White supremacist Nick Fuentes also regularly posts on Rumble. The website platforms Tate and his brother, Tristan, who have been charged with rape and sex trafficking.

Dan Bongino, known for spreading disinformation about the election and COVID, is one of Rumble's largest shareholders. Right-wing nationalist Steve Bannon airs his "War Room" show on the platform, despite being booted off YouTube, Spotify and Twitter after calling for Dr. Anthony Fauci's decapitation.

**Conspiracy theories are free to spread on Rumble**

Some of the most-watched content on Rumble are channels that promote conspiracy theories tied to QAnon, a big-tent lie that suggests former president Donald Trump is waging a secret war against Satan-worshipping pedophiles in elite society.

A Media Matters for America analysis, conducted from February 1 to July 31 of this year, found 37% of all videos on Rumble's leaderboard of most-liked videos were from channels that "amplify right-wing conspiracy theories, including the QAnon conspiracy theory."

But QAnon isn't the only conspiracy Rumble gleefully amplifies.

A channel belonging to so-called "prophet" Julie Green appeared on the leaderboard at least 77 times during the duration of Media Matters' analysis. Green has claimed God will execute political figures for "their planned pandemic, shortages, inflation, mandates and for stealing an election," that former House Speaker Nancy Pelosi "loves to drink the little children's blood," and that Joe Biden "is no longer alive"

This is a feature of Rumble, not a bug.

The first page of results Rumble serves up when you search "COVID" on the platform are a hodgepodge of conspiracy videos. The top result on Oct 19, 2023 referred to "excessive COVID vaccine injuries" and has over one million views.

**Youtube, but without the content moderation**

Rumble's anti big tech business pitch is part of a larger effort to create a parallel economy. Rumble seeks to insulate itself from 'cancel culture' so they acquired stake in a payment processor uncreatively named 'parallel economy'. Parallel Economy was spun up by Jeffrey Wernick and Dan Bongino. Bongino is quoted on the company's website stating "Parallel Economy is committed to fighting for a free, fair, and open internet" The company follows the typical right-wing business mogul playbook of: take something that already exists but say it's for 'patriots only!'

**Rumble violates app store policies**

Rumble violates the app stores policies for Apple, Samsung and Google, and yet it continues to be carried by these platforms. Media Matters found ads for Rumble's livestream of the first Republican presidential primary debate on numerous pro-Hitler and neo-Nazi videos.

Amazon's app story does not allow apps featuring "Nazi symbols or other symbols of hate, promote hate speech." LG TV prohibits "any expressions of violent towards or discriminative against specific regions, genders, generations, religions, and/or ethnic groups."

But Rumble hosted a five-hour live stream from men's rights activist Tommy Sotomayor extolling the merits of white supremacy.

Samsung TV says it will not carry apps that "promote intolerance or discrimination based on racial, political, ethnic, religious, gender or sexuality." Apple's app store prohibits content which is "defamatory, discriminatory, or mean-spirited … including references or commentary about religion, race, sexual orientation, gender,

ATTORNEYS' EYES ONLY                                                                                                                                          DEFENDANTS001471

national/ethnic origin, or other targeted groups." Google Play store's policies do not allow apps which "promote violence or incite hatred against individuals or groups based on race or ethnic origin, religion, etc."

Meanwhile Rumble is home to White nationalist and Holocaust denier Nick Fuentes. Rumble is chalk full of discriminatory, hateful, and violent content, all of which violates the platform's policies. Hate speech, violent rhetoric & conspiracy theories all live on Rumble. From neo-Nazi and QAnon content to climate disinformation, Rumble hosts it all.

**Google keeps Rumble afloat**

Rumble loves to boast about it's freedom from big tech while in reality they are attached at the hip to Google. They only work with a few ad exchanges, and Google is by far their largest partner. Their advertising revenue would likely drop significantly if Google were to actually enforce their publisher supply policies. As it stands, Rumble is able to use ads delivered by Google to monetize content that otherwise violates their supply policies. Rumble's 'parallel economy' is more like a winding thread, worming its way into advertisers' pockets to sustain the spread of toxic content.

Rumble relies on ad accounts from Google, as well as Sovrn. - Alec
Rumble lists only a few accounts, the vast majority of them come from Google.
Rumble boasts about it's freedom from big tech while in reality they are attached at the hip to Google.
Their advertising revenue would likely drop significantly if Google were to actually enforce their publisher supply policies.
MISSING MERGED SECTION HERE ON ECOSYSTEM AND GOOGLE TIES / HOW TO UNPLUG

Intro: mention the GOP debate exclusivity

Peter Thiel & JD Vance ( raised $100 million over 2 rounds) - Alec
Rumble is backed by Peter Thiel and JD Vance.
They have deep pockets and a focus on growing users over revenue. The mission is ideological for Rumble, not purely financial.
Despite being based in Canada, Rumble has formed extensive relationships with conservative elites in the U.S.
bills itself as "free speech"
Advertisers have left over Russel brand thing
monetizes toxic people like nick Fuentes and qanon (shells out contracts to right-wing personalities like Donald Trump Jr. & Dan Bongino. Those same personalities are the first to defend Rumble under the guise of free speech.) https://www.mediamatters.org/rumble/rumble-profiting-creators-who-spread-antisemitism. can link to our own piece here
conspiracy theorist content dominates Rumble (https://www.mediamatters.org/rumble/new-data-shows-right-wing-and-conspiracy-theorist-content-dominates-rumble-exclusive)
Rumble part of an effort to build parallel economy (own payment system and own cloud flare-type protection I think) - Alec
Rumble seeks to insulate itself from 'cancel culture' by acquiring stake in a payment processor uncreatively named 'parallel economy'.
Parallel Economy was spun up by Jeffrey Wernick and Dan Bongino.
This follows the typical propagandist business playbook of take something that already exists but say it's for 'patriots only!'
it's in app stores despite violating policies https://www.mediamatters.org/rumble/app-stores-continue-carry-rumble-app-despite-policy-violations - Alec
Rumble hosts discriminatory, hateful, and violent content. - these violate platform policies.
hate speech, conspiracy theories, and violent rhetoric (neo-Nazi and QAnon content) Climate disinformation and more can all be found on Rumble.
it's deeply. embedded in advertising ecosystem but it can be cut out — link to our guide. - Combined with 9
Rumble relies on ad accounts from Google, as well as Sovrn. - Alec
Rumble lists only a few accounts, the vast majority of them come from Google.
Rumble boasts about it's freedom from big tech while in reality they are attached at the hip to Google.
Their advertising revenue would likely drop significantly if Google were to actually enforce their publisher supply policies.

https://www.mediamatters.org/rumble/new-data-shows-right-wing-and-conspiracy-theorist-content-dominates-rumble-exclusive

💧 BRANDED: Rumble breakdown

Interesting research on who actually uses Rumble: https://www.pewresearch.org/short-reads/2022/12/21/key-facts-about-rumble/

20 per cent of U.S. adults have heard of Rumble, but just 2 per cent regularly get their news there (for comparison, Pew found 31 per cent get news from Facebook, 25 per cent from YouTube, and 14 per cent from Twitter in 2022 — god help us)
76 per cent of Rumble users identify as Republican or Republican-leaning, 22 per cent identify as Democrat or Democrat-leaning
Of the 2 per cent who regularly get news on Rumble, 88 per cent say they expect the news and information there to be "mostly accurate" while 10 per cent expect it to be mostly inaccurate
Rumble has challenged New York's online hate speech law (Dec 2021) which requires websites to "provide and maintain a clear and easily accessible mechanism for individual users to report incidents of hateful conduct"
Rumble does have some rules, though (which we can expect them to lean on if we go after the brand safety of their content)
HAHAHA VIVA FREI HELPED THEM DRAFT THESE RULES. DYING https://corp.rumble.com/blog/rumble-proposes-an-open-source-content-moderation-policy-process-to-improve-transparency-put-creators-first/

ATTORNEYS' EYES ONLY                                                                                               DEFENDANTS001472

these are the proposed Rumble Rules (source: https://corp.rumble.com/blog/rumble-proposes-an-open-source-content-moderation-policy-process-to-improve-transparency-put-creators-first/)

"All content uploaded to Rumble must abide by the applicable laws in your jurisdiction. Prohibited use of this service includes:

using the service to incite or invite unlawful conduct, such as infringing legally-protected trademarks, unauthorized publication of legally-protected copyrighted material, confidential information, trade secrets, or proprietary information, and other such illicit acts, such as inciting violence, defaming others, doxing others, or illicitly invading the privacy of another individual;

publishing obscenity, including pornography and nudity for a prurient purpose;

stalking, such as misusing the platform to make others uncomfortable in their use of the platform through a pattern of continuous conduct, creating a reasonable fear in another person for their personal safety or deterring a reasonable user from use of the service in fear of such digital stalking;

**discriminating against others based on their legally protected status, such as attacking other users or content creators on the platform, based on that user's race, religion, or other legally protected status**;

unauthorized advertising, soliciting information from a person under the age of 18, harvesting or collecting information for the purpose of unsolicited bulk communications, or using the service for any fraudulent purpose.

We will ensure that we comply with all applicable laws, while providing the most robust and civil platform for creative expression and meaningful discourse. Less censorious overseers and less hateful trolls. That is our promise to our content creators, our viewers, and the entire world."

Rumble's biggest accounts are run but individuals, not organizations

Pew looked at 200 prominent accounts on Rumble on June 2022, and they found 78 per cent were individuals while 21 per cent were organizations. **22 per cent had been banned or demonetized on other platforms**

Lots of prominent Rumble users maintain social media profiles on "more established sites"

55 per cent of prominent accounts Pew surveyed promote their accounts on other sites (44 per cent on more established social media sites, 16 per cent on other alternative sites like Gab, Gettr, Truth Social, BitChute, Parler, or Telegram)

Prominent accounts focused on guns, abortion and LGBTQ issues in June 2022

Intelligencer article on Rumble from Feb 2023: https://nymag.com/intelligencer/2023/02/why-rumble-is-the-only-successful-right-wing-social-platform.html

Founded in 2013 as an alternative video-hosting service,

Rumble more recently rebranded as a "neutral video platform" designed to be "immune to cancel culture."

In 2021, *The Wall Street Journal* reported that the company had taken investment from "a group of prominent conservative venture capitalists," including **Peter Thiel, J.D. Vance** (now the junior U.S. senator from Ohio), and former Trump adviser **Darren Blanton**.

Rumble went public last year, and shares in the company (ticker symbol: RUM) now trade on the NASDAQ; it is worth just over $3 billion

Last year, Rumble announced it would take over hosting and advertising duties for Truth Social and plans to offer "cloud services" more widely.

According to its latest quarterly public disclosures, Rumble claims **71 million monthly active users (up from 36 million the year prior)** and lost $7.8 million on $11 million in revenue, while sitting on $356.7 million of "cash and cash equivalents."

Its IPO reportedly made the founder, Chris Pavlovski, a billionaire.

The platform's leaderboard regularly features quasi-religious Qanon shows and unabashed racists.

Many of those creators, however, are using Rumble as a backup distribution system or hosting platform for linking or embedding elsewhere, on sites like Parler or Reddit clone Patriots.win, formerly thedonald.win, formerly /r/the_donald. They're not yet ready to go all in.

**Dan Bongino** (soft *g*), one of Rumble's most popular creators, announced his investment in Rumble after YouTube demonetized his videos.

It appears to have **made Bongino fantastically wealthy** through its public offering.

In late 2022, Rumble welcomed former kickboxer and mega-popular "manosphere" influencer **Andrew Tate**, who was banned from YouTube and TikTok, in a deal CNN reported was worth $9 million.

In January, the company announced a partnership with Power Slap, "the world's premier slap fighting organization"

Journalist and pundit **Glenn Greenwald**, a frequent critic of mainstream tech platforms, has partnered with Rumble for a daily cable-style news show called *System Update* and migrated his popular Substack to Locals, Rumble's Patreon/Substack–style subscription platform. Greenwald has also become perhaps the platform's most visible advocate on Twitter.

Its "Battle Leaderboard" as of February 7, from the top:

an episode of *The Dan Bongino Show*;

a QAnon broadcaster;

a show from a former Fox News anchor;

an episode of *Triggered*, a twice-weekly Rumble exclusive hosted by Donald J. Trump Jr;

and another QAnon guy.

Ron DeSantis has an active account there, and Rumble is, according to the company, officially Kevin McCarthy's "preferred platform."

**Rumble's recently launched ad network is one part of the effort to put money into the pockets of conservative content creators**, but I suspect that building a stable of free-speech-curious advertisers that can support YouTube-level advertising rates, even with a more generous cut for creators, will be quite difficult

Intelligencer author thinks it'll be the subscription feature, locals, that makes or breaks the platform for contributors who don't have one-off contracts

In September, Pavlovski rang the NASDAQ opening bell and gave a brief speech about his now-public company. Rumble, he said, was going to "push back against all these other companies that are tilting the internet one way." "I look forward to tilting it back," he said, "and bringing it back to the middle and as neutral as possible."

ATTORNEYS' EYES ONLY                                                                                                                                DEFENDANTS001473

(same language used by Rupert Murdoch when announcing Fox News' launch — shift the overton window much?)

Early Fox News was plainly influenced by talk radio and drew from its ranks for talent; Rumble's early bids for talent can be viewed in a similar way.

(Not for nothing, Rumble investor Thiel has expressed past interest in creating a new cable news network.)

Last year, the company announced the launch of "Content+," also a way for Locals users to "monetize movies, specials, and other on-demand content." Among the first notable films distributed through the platform was D'Souza's *2000 Mules*.

**Rumble doesn't have to take on YouTube to succeed, nor does it have to replace Fox News. It simply has to get its people paid.**

SO IF WE WANT TO STOP IT FROM HURTING DEMOCRACY, THIS IS WHAT WE PREVENT IT FROM DOING — AKA GO AFTER THE NEW AD EXCHANGE

Who is Chris Pavlovski?

- CANADIAN!!! Fml
- His LinkedIn
  - Worked at Microsoft as a Junior Network Administrator for six months in 2001, then went to school at U of T (Mississauga) for 5 years, then has nothing listed for three years, then was the Director of Marketing for Next Giant Leap, a "space exploration company," throughout he was a Founder and CEO of Jolted Media Group (2001 to 2013), from 2011 to PRESENT he has been a Board Member at Cosmic Development (a Canadian IT support services company and reliable business partner for brands **with operation centers i**n Serbia and Macedonia), and from 2013 to present he's been the Founder and CEO of Rumble
- Lots of interesting stuff in the CTV W5 piece
  - he's active in the Macedonian community, he co-owns Cosmic Development (HE SAYS HE'S JUST ON THE BOARD ON HIS LINKEDIN) and outsources a lot of the Rumble related work to them. A large chunk of the employees are based in Macedonia and Chris is considered an important employer in the country
- OUR STORY — COSMIC DEVELOPMENT SITE lists CHRIS AS A FOUNDER
  - Chris Pavlovski, the founder and CEO of Rumble.com, as well as the founder of Cosmic Development, and Ryan Milnes, each had their own successful business in the same industry at the time. The power of curiosity and sportsmen's spirit forced them to meet, talk, and exchange ideas. As great minds think alike, the concept of cooperation was born.
  - With his trip to Macedonia, Chris realized an opportunity of outsourcing to improve the business, and not just his own, but also his friends and acquaintances.
  - The first offshore office was founded in Skopje, Macedonia, that cold February 2011. A few years after, in 2014, the second offshore office was opened in Belgrade, Serbia. Just a year later, another one in Bitola, Macedonia.

https://www.ctvnews.ca/w5/investigating-canadian-youtube-rival-rumble-and-its-growing-popularity-among-the-world-s-far-right-1.5787533

Viewership (and therefore revenue) exploded after Jan 6.
1.5 million viewers in December 2021, 31 million in December 2022 (!!!!)

CTV W5 (investigative segment for one of the biggest news orgs in Canada) did a dig into Rumble: https://www.ctvnews.ca/w5/investigating-canadian-youtube-rival-rumble-and-its-growing-popularity-among-the-world-s-far-right-1.5787533

Viewership (and therefore revenue) exploded after Jan 6.
1.5 million viewers in December 2021, 31 million in December 2022 (!!!!)
Chris is actively involved in the Macedonian community
He co-owns Cosmic Development (HE SAYS HE'S JUST ON THE BOARD ON HIS LINKEDIN) and outsources a lot of the Rumble related work to them. A large chunk of the employees are based in Macedonia and Chris is considered an important employer in the country
Angus Bridgeman (my homeboy!!!) cited as an expert
Very likely that Rumble is manipulating its search so banned content doesn't appear — "Proud Boys" search yields nothing in the W5 interview, yet it's in the headline of a number of videos as of Feb 19 2022

Fortune article — election misinformation is thriving on Rumble (via AP)

Nearly half of the videos suggested by the site in response to searches for common election-related terms contained misinformation, according to the analysis from NewsGuard, a firm that monitors online misinformation. (barf)
Together, the the misinformation-laden videos turned up by researchers at NewsGuard had been viewed nearly 9 million times so far.

```
https://www.dropbox.com/scl/fi/xwiz8islxugepwcekc32y/Rumble-fact-list.paper?rlkey=srwqx265skcq7uzpsroj607j5&dl=0
```

```
https://www.dropbox.com/scl/fi/zo5ktqrcpmuvusmm4lm9g/Rumble-Business-model-brief.paper?rlkey=ntk9m5krbcy45femg94sxmvv8&dl=0
```