# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8:23-CV-2718

RUMBLE, INC.,

      Plaintiff,

vs.

NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1-10,

      Defendants.

## **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

NOTICE is hereby given that Defendants Nandini Jammi and Claire Atkin (collectively "Defendants") withdraw their Motion to Dismiss the Amended Complaint filed in the above-captioned action on May 10, 2024, except to the extent that the Motion to Dismiss was incorporated into and renewed by Defendants' Motion for Summary Judgment filed on March 4, 2025. *See* Dkt. 90, 1 n.1 ("incorporat[ing] Defendants' dismissal motion papers by reference and renew[ing] them here on summary judgment for a final adjudication on the merits").

Defendants are withdrawing their Motion to Dismiss because it has been superseded by their Motion for Summary Judgment which incorporates by reference and renews the arguments made therein.

Dated: March 5, 2025

Respectfully submitted,

SHULLMAN FUGATE PLLC

By: */s/ Sarah M. Papadelias*
Deanna K. Shullman (FBN 514462)
2101 Vista Parkway, Ste. 4006
West Palm Beach, Florida 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com

Sarah M. Papadelias (FBN 0125098)
100 S. Ashley Dr., Ste. 600
Tampa, Florida 33602
Telephone: (813) 435-1615
spapadelias@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP

John M. Browning*
Katherine M. Bolger*
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
jackbrowning@dwt.com
* Admitted *Pro Hac Vice*
*Counsel for Defendants*