# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| RUMBLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NANDINI JAMMI, CLAIRE ATKIN, and JOHN DOE NOS. 1–10, <br><br> Defendants. | Case No. 8:23-cv-02718-CEH-LSG |

## MOTION FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL

Pursuant to Local Rule 1.11(a), the Case Management and Scheduling Order in this action (ECF No. 37), and the Parties' Joint Confidentiality Agreement, Plaintiff Rumble Inc. has filed redacted versions of (1) Plaintiff's Time-Sensitive Motion for Additional Discovery Pursuant to Rule 56(d), To Strike Defendants' Improper Notice of Withdrawal of Consent, And To Set A Case Management Conference (the "Motion"), (2) the Declaration of Nicholas J. Brechbill in support of the Motion, and (3) Exhibits A, D, F, I, J, K, N, and P to the Motion, on the public docket. Rumble respectfully moves the Court to allow unredacted versions of those filings to remain provisionally under seal for 14 days.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION
## FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL

Plaintiff's Time-Sensitive Motion for Additional Discovery Pursuant to Rule 56(d), To Strike Defendants' Improper Notice of Withdrawal of Consent, And To Set A Case Management Conference, the Declaration of Nicholas J. Brechbill in support of the Motion, and certain exhibits to the Motion (*see* Exs. A, D, F, I, J, K, N, P) contain information that Defendants or nonparty Dewey Square Group have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Parties' Joint Confidentiality Agreement in this action.

"A party can justify a document being sealed by showing good cause." *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). In determining whether information should be sealed, courts "consider the nature and character of the information and balance the public's right of access against a party's interest in confidentiality." *Whertec, Inc. v. Salmon*, 2021 WL 3773427, at *1 (M.D. Fla. Aug. 25, 2021) (citing *Perez-Guerrero v. U.S. Att'y Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013)). Courts also consider "[w]hether allowing access would impair court functions or harm legitimate privacy interests, the degree and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing documents." *Romero*, 480 F.3d at 1246.

Rumble does not view any of the information in or exhibits to its Motion as warranting Confidential treatment or long-term sealing by the Court. However, in an abundance of caution and to comply with its obligations under the Joint Confidentiality Agreement, Rumble is filing this motion to provisionally seal information and exhibits that Defendants or nonparty Dewey Square Group have designated as "Confidential" or "Confidential – Attorneys' Eyes Only."

## **CONCLUSION**

Pursuant to Local Rule 1.11, Rumble states that the filing of its Time-Sensitive Motion for Additional Discovery Pursuant to Rule 56(d), To Strike Defendants' Improper Notice of Withdrawal of Consent, And To Set A Case Management Conference, along with the Declaration of Nicholas J. Brechbill and exhibits in support of the Motion is necessary. Because the Memorandum of Law, Declaration of Nicholas J. Brechbill, and Exhibits A, D, F, I, J, K, N, and P contain information that is essential to the Court's resolution of the Motion that Defendants or nonparty Dewey Square Group have designated as "Confidential" or "Confidential – Attorneys' Eyes Only," sealing those materials provisionally is also necessary. However, Rumble has used redactions to minimize the information placed under seal and hidden from public view. The undersigned counsel for Rumble and Defendants are authorized to access any information placed under seal. The undersigned counsel for nonparty Dewey Square Group is authorized to access Exhibits A, K, and P to

the Declaration of Nicholas J. Brechbill and view the redacted text on page 19 of Rumble's Motion and pages 6 and 7 of the Declaration of Nicholas J. Brechbill (set forth in red in the unredacted version filed provisionally under seal).  Rumble does not intend to seal any tangible items.  Nonparty Dewey Square Group may have an interest in keeping some of the information filed with Rumble's Motion under seal.  Counsel for this nonparty was given notice of Rumble's Motion to File Provisionally Under Seal on March 10, 2025.  Rumble served counsel for this nonparty with the materials placed under seal that it is authorized to view on March 10, 2025.  For the foregoing reasons, Rumble respectfully requests that the Court grant this Motion for Leave to File Provisionally Under Seal.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Counsel for Rumble and Defendants conferred by phone on March 10, 2025. Defendants' counsel indicated that they are unable to take a position on this Motion without seeing the documents and information filed under seal.

## **CERTIFICATE OF SERVICE AND LOCAL RULE 1.11(B)(7) CERTIFICATION**

Counsel for Rumble hereby certifies that a true and correct copy of the Motion for Leave to File Under Seal, and true and correct copies of the unredacted versions

of the Motion, Declaration, and Exhibits filed provisionally under seal, were served on the following counsel by email on March 10, 2025.[1]

> John M. Browning (admitted *pro hac vice*)
> Katherine M. Bolger (admitted *pro hac vice*)
> DAVIS WRIGHT TREMAINE LLP
> 1251 Avenue of the Americas
> New York, New York 11225
> Telephone: (212) 603-6410
> Email: jackbrowning@dwt.com
> Email: katebolger@dwt.com
>
> Deanna K. Shullman (Florida Bar No. 514462)
> Sarah M. Papadelias (Florida Bar No. 0125098)
> SHULLMAN FUGATE PLLC
> 100 S. Ashley Drive, Suite 600
> Tampa, Florida 33602
> Telephone: (561) 429-3619
> Email: dshullman@shullmanfugate.com
> Email: spapadelias@shullmanfugate.com
>
> *Attorneys for Defendants*
>
> Steven P. Lehotsky
> LEHOTSKY KELLER COHN LLP
> Telephone: (512) 693-8350
> Email: steve@lkcfirm.com
>
> *Attorney for Nonparty Dewey Square Group*

---

[1] Fully unredacted copies of the Motion, Declaration, and all exhibits filed provisionally under seal were served on counsel for Defendants. Partially unredacted versions of the Motion and Declaration and fully unredacted versions of Exhibits A, K, and P only were served on counsel for Dewey Square Group.

Dated: March 10, 2025 Respectfully submitted,

s/ *Jered T. Ede*
Jered T. Ede (Florida Bar No. 1045898)
Elizabeth M. Locke, P.C. (admitted *pro hac vice*)
Nicholas J. Brechbill (admitted *pro hac vice*)
Kathryn G. Humphrey (admitted *pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: jered@clarelocke.com
Email: libby@clarelocke.com
Email: nick@clarelocke.com
Email: kathryn@clarelocke.com

*Attorneys for Plaintiff Rumble Inc.*