**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

RUMBLE, INC.,

    Plaintiff,

v.   Case No. 8:23-CV-02718-CEH

NANDINI JAMMI, CLAIRE ATKIN,
AND JOHN DOE NOS. 1-10,

    Defendants.

_____

**DECLARATION OF JOHN M. BROWNING IN OPPOSITION TO RUMBLE'S 56(D) MOTION**

1. I, John M. Browning, being of lawful age and otherwise competent to testify in a court of law, hereby declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the following is true and correct:

2. I am an attorney duly admitted to practice law before this Court *pro hac vice* and a partner of Davis Wright Tremaine LLP, counsel for Defendants Nandini Jammi and Claire Atkin ("Defendants") in the above-captioned action. I submit this declaration in opposition to Plaintiff Rumble's 56(d) motion for additional discovery, to strike notice of withdrawal and to set case management conference. Except as otherwise indicated, I make this declaration based on discovery in this case, as referenced by citation, or my personal knowledge.

3. Annexed hereto as Exhibit A is a true and correct copy of the Transcript of Oral Argument on Defendants' Motion to Dismiss held on November 8, 2024.

4. Annexed hereto as Exhibit B is a true and correct copy of Defendant Atkin's Responses and Objections to Rumble's Request for Production dated July 1, 2024.

5. Annexed hereto as Exhibit C is a true and correct copy of Defendant Atkin's Responses and Objections to Rumble's First Amended Responses and Objections to Rumble's First Set of Interrogatories dated July 5, 2024.

6. Annexed hereto as Exhibit D is a true and correct copy of Defendants Jammi's Responses and Objections to Rumble's Request for Production dated July 1, 2024.

7. Annexed hereto as Exhibit E is a true and correct copy of Defendant Jammi's Responses and Objections to Rumble's Second Amended Responses and Objections to Rumble's First Set of Interrogatories dated February 26, 2025.

8. Annexed hereto as Exhibit F is a true and correct copy of Defendant's Response to Rumble's Deficiency Letter dated July 31, 2024.

9. Annexed hereto as Exhibit G is a true and correct copy of the transcript of the Deposition of Rachel Gilmore taken on February 4, 2025.

10. Annexed hereto as Exhibit H is a true and correct copy of the transcript of the Deposition of Alec D'Angelo taken on February 7, 2025.

11. Annexed hereto as Exhibit I is a true and correct copy of the transcript of the Deposition of Brandon Hardin taken on February 19, 2025.

12. Annexed hereto as Exhibit J is a true and correct copy of email correspondence between counsel for the parties regarding discovery between March 10, 2025 and March 24, 2025.

13. Annexed hereto as Exhibit K is a true and correct copy of email correspondence between counsel for the parties regarding discovery between February 3, 2025 and February 28, 2025.

14. Annexed hereto as Exhibit L is a true and correct copy of an email automatically generated by the Notion platform, which produced in this action on January 10, 2025 as DEFENDANTS001613.

15. Annexed hereto as Exhibit M is a true and correct copy of Rumble's Subpoena to Dewey Square Group, LLC dated July 24, 2024.

16. Annexed hereto as Exhibit N is a true and correct copy of Rumble's Subpoena to Media Matters for America dated September 9, 2024.

17. Annexed hereto as Exhibit O is a true and correct copy of relevant portions of email correspondence between counsel for Rumble and Dewey Square Group.

18. Annexed hereto as Exhibit P is a true and correct copy of email correspondence between counsel for the parties regarding discovery January 21, 2025 and January 30, 2025.

19. Defendants produced 1,745 pages of documents on January 10, 2025 followed by productions on February 3, February 17 and March 14, 2025 – altogether

3

totaling 3,106 pages of documents that include drafts of October 24, 2023 article and non-privileged communications concerning Rumble's economic reliance on Google.

20. Rumble has produced 149 documents in this action. Approximately 53 of those documents are copies of its publicly available SEC filings or publications by Defendants or Check My Ads.

21. During the February 7, 2025 deposition of Alec D'Angelo, counsel for Rumble informed me that Rumble's forthcoming document production had been delayed due to unspecified technical issues. Counsel for Rumble told me the same thing in response to an inquiry during the February 19, 2025 deposition of Brandon Hardin. Rumble ultimately made its production after Rumble's February 21, 2025 30(b)(6) deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 24th day of March, 2025, in New York.

_____
JOHN M. BROWNING

Dated: March 24, 2025

        Respectfully submitted,

        SHULLMAN FUGATE PLLC

        By: */s/ Sarah M. Papadelias*
        Deanna K. Shullman (FBN 514462)
        2101 Vista Parkway, Ste. 4006
        West Palm Beach, Florida 33411
        Telephone: (561) 429-3619
        dshullman@shullmanfugate.com

        Sarah M. Papadelias (FBN 0125098)
        100 S. Ashley Dr., Ste. 600
        Tampa, Florida 33602
        Telephone: (813) 435-1615
        spapadelias@shullmanfugate.com

        DAVIS WRIGHT TREMAINE LLP

        John M. Browning*
        Katherine M. Bolger*
        1251 Avenue of the Americas
        New York, New York 1002
        Telephone: (212) 489-8230
        katebolger@dwt.com
        jackbrowning@dwt.com
        * Admitted *Pro Hac Vice*
        *Counsel for Defendants*