# EXHIBIT I
# Filed Under Seal

Case 8:23-cv-02718-CEH-LSG   Document 110-9   Filed 03/24/25   Page 1 of 1 PageID 3742