# EXHIBIT L

| | |
|---|---|
| **From:** | Notion <notify@mail.notion.so> |
| **Sent:** | Tue 10/24/2023 3:24:27 PM (UTC-04:00) |
| **To:** | "nandini@checkmyads.org" <nandini@checkmyads.org> |
| **Subject:** | 14 updates in Check My Ads |

B **Brandon Hardin** edited



### Rumble Explainer

Oct 24, 2023, 2:44 PM  ·CMA Projects

2) Rumble is a platform meant to be immune to "cancel culture" — or what anyone else would call basic content moderation.
4) Rumble actively courts toxic creators. If a content creator is too toxic for YouTube, there's a good chance they can find a home on Rumble.
6) Rumble is in app stores despite violating policies against discrimination or incitement of violence based on race.
3) Advertisers are already fleeing. Once they learn what Rumble is about, they don't like it.
https://checkmyads.org/updates/rumble-toxic-influencers-bongino-brand/
https://checkmyads.org/branded/how-to-block-rumble-from-your-ad-campaigns/
8) Rumble is heavily monetized by Google Ads and can get cuts of ad campaigns meant for YouTube — but it can be blocked.
1) Rumble is backed by Peter Thiel and JD Vance.
https://www.mediamatters.org/rumble/app-stores-continue-carry-rumble-app-despite-policy-violations
https://checkmyads.org/updates/rumble-advertisers-leave-stackadapt/
https://www.wsj.com/articles/peter-thiel-j-d-vance-invest-in-rumble-video-platform-popular-on-political-right-11621447661
5) Violent conspiracy theories are free to spread on Rumble. Some of the most-watched content there appears on channels that promote conspiracy theories tied to QAnon.
https://www.mediamatters.org/rumble/new-data-shows-right-wing-and-conspiracy-theorist-content-dominates-rumble-exclusive
https://www.reuters.com/technology/video-platform-rumble-acquires-stake-payment-processor-parallel-economy-2022-01-18/
7) 7) Rumble is part of an effort to build a parallel economy that includes its own payment processor. Having a way to process transactions insulates it from other tech platforms' decisions — like PayPal blocking fundraising for Jan. 6 insurrectionists.
https://www.theguardian.com/us-news/2023/oct/24/republican-debate-livestream-rumble-misogyny-extremism

B **Brandon Hardin** edited



### Rumble Explainer

Oct 24, 2023, 2:15 PM  ·CMA Projects

Meet Rumble, the exclusive live-streaming partner for the GOP debates that also cuts checks to creators for hate, transphobia, and antisemitism.
Here are 8 things to know about it:

CONFIDENTIAL                                                                                                                                       DEFENDANTS001613

https://checkmyads.org/updates/rumble-gop-debate-explainer/

B **Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 1:58 PM  ·CMA Projects

Deleted
~~Copy:~~
Copy:
Twitter thread copy:

B **Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 1:58 PM  ·CMA Projects

  Status
In Progress  Published / Done

B **Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 1:16 PM  ·CMA Projects

Yet they all willingly host the Rumble app, where you can find things like a five-hour livestream from men's rights activist Tommy Sotomayor extolling the merits of white supremacy. Or notorious racist Fuentes making a list of Jews participating in a chat with Elon Musk.

CONFIDENTIAL                                                                                          DEFENDANTS001614

But advertisers don't have to take that risk. **Here's our guide on how to get out of Google Video Partners and block Rumble from your ad campaigns.**

B  **Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 1:07 PM  ·CMA Projects

YouTube wannabe Rumble is more than just a streaming platform — it's a business that works to monetize content that was banned elsewhere, cutting checks to creators for hate, transphobia, and antisemitism.
And if you're advertising on YouTube, it might be getting a chunk of your campaign dollars.
One of those candidates: JD Vance, the author of Hillbilly Elegy and now Republican senator for Ohio. Vance is the cofounder of Narya Capital, which has a seat on Rumble's board. The senator also took a personal stake in the streaming platform, the New York Times reported.
8 Things To Know About Rumble, The Toxic ~~Streaming~~ Platform That Will Stream The GOP Debate
Rumble likes to call itself a "free speech alternative" to YouTube, where anything goes as long as it's not against the law. In 2021, after getting an infusion of funding from Thiel, Rumble started branding itself as the "rails" of an "independent infrastructure" designed to be immune to "cancel culture" — or what anyone else would call *basic content moderation*.
It's that belief that sees Rumble leaning into personalities like alleged human trafficker Andrew Tate and conspiracy theorist Alex Jones — both of whom have ~~both~~ been banned from YouTube and other platforms.
Thanks to wealthy investors, Rumble can focus on growing users without worrying too much about burning cash (or driving away advertisers with unsafe content). One of those investors, Peter Thiel, is a billionaire venture capitalist who has funded an "anti-woke" film festival, a self-proclaimed science publication that questions evolution and climate change, and Project Veritas, known for its deceptively edited undercover videos targeting organizations like NPR, Planned Parenthood, and teachers unions.
And its toxic content isn't just contained within U.S. borders. The platform has users around the world, including ~~in~~ the United Kingdom, Canada, Australia, and Poland. France was concerned about it platforming known Russian propaganda channels and demanded the platform block them. Instead of complying, Rumble pulled out of France.
Rumble has one thing protecting it right now: **most people haven't heard of it, so they don't know how toxic it really is**. In fact, just 20% of American adults even know what Rumble is.
When Brand was demonetized on YouTube amid multiple assault and grooming accusations, Rumble made headlines for standing by their partnership with Brand.
Rumble's CEO Chris Pavlovski seeks out toxic creators for exclusive content partnerships. He publicly approached Joe Rogan with a $100~~M~~ million offer last year — right as the podcaster was facing backlash for repeatedly using a racial slur. Rogan turned down the offer. Luckily for Rumble, it has no shortage of controversial creators to lean back on.
Dan Bongino, who was dropped by Fox News and is known for spreading disinformation about the 2020 election and COVID, is one of Rumble's largest shareholders. Right-wing nationalist Steve Bannon airs his "War Room" show on the platform, his only choice after being booted off YouTube, Spotify, and Twitter after calling for Dr. Anthony Fauci's decapitation.

1. **Violent conspiracy theories are free to spread on Rumble**

CONFIDENTIAL                                                                                         DEFENDANTS001615

Some of the most-watched content on Rumble are~~ppears on~~ channels that promote conspiracy theories tied to QAnon, a big-tent lie that suggests former president Donald Trump is waging a secret war against Satan-worshipping pedophiles in elite society.
This is a feature of Rumble, not a bug. The first page of results Rumble serves up when you search "COVID" on the platform are a hodgepodge of conspiracy videos. The top result on Oct 19, 2023 referred to "excessive COVID vaccine injuries" and ~~has~~garnered over ~~one~~1 million views.
A channel belonging to so-called "prophet" Julie Green appeared on the leaderboard at least 77 times during the duration of Media Matters' analysis. Green has claimed God will execute political figures for "their planned pandemic, shortages, inflation, mandates and for stealing an election." Green also says that former House Speaker Nancy Pelosi "loves to drink the little children's blood," and that President Joe Biden "is no longer alive."
Yet they all willingly host the Rumble app, where you can find things like a five-hour livestream from men's rights activist Tommy Sotomayor extolling the merits of white supremacy. Or notorious racist Fuentes making a list of Jews participating in a chat with Elon Musk.

F **Farah Sattar** edited

**Rumble Explainer**

Oct 24, 2023, 12:25 PM  ·CMA Projects

8 Things To Know About Rumble, The Toxic ~~Streaming~~ Platform That Will Stream The GOP Debate

B **Brandon Hardin** edited

**Rumble Explainer**

Oct 24, 2023, 12:06 PM  ·CMA Projects

If ~~you're~~a content creator is too toxic for YouTube, there's a good chance ~~you~~they can find a home on Rumble.
Rumble has one thing protecting it right now: most people haven't heard of it, so they don't know how toxic it really is. In fact, just 20% of American adults even know what Rumble is. ~~And only 2% consume their news on the platform, according to Pew Research Centre.~~
8 Things To Know About Rumble, The Toxic ~~Video Site~~Streaming Platform That Will Stream The GOP Debate

1. ~~It bills itself as a "free speech" alternative (~~t's a platform where almost anything goes~~)~~

Here's what you need to know about Rumble, the exclusive live-streaming partner for the GOP debates.
YouTube wannabe Rumble ~~has live-streaming rights for the third GOP debate. But it~~'is more than just a streaming platform — it's a ~~self-described "free speech" alternative~~business that works to monetize content that was banned elsewhere, cutting checks to creators for hate, transphobia and antisemitism.

CONFIDENTIAL                                                                                      DEFENDANTS001616

**Sarah** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 11:49 AM  ·CMA Projects

YouTube wannabe Rumble has live-streaming rights for the third GOP debate. But it's more than just a streaming platform — it's a self-described "free speech" alternative that works to monetize content that was banned elsewhere, cutting checks to creators for hate, transphobia and antisemitism.

**Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 11:28 AM  ·CMA Projects



People

Brandon Hardin | Alec D'Angelo | Rachel Gilmore | Nandini Jammi | Brandon Hardin | Alec D'Angelo | Rachel Gilmore | Nandini Jammi | Sara

**Brandon Hardin** edited
🍿
**Rumble Explainer**
Oct 24, 2023, 11:18 AM  ·CMA Projects

It's that belief that sees Rumble leaning into personalities like alleged human trafficker Andrew Tate and conspiracy theorist Alex Jones — who have both been banned from YouTube and other platforms.
When Russel Brand was accused of sexual assault and grooming and removed from YouTube, Rumble released a statement saying, "We don't agree with the behavior of many Rumble creators, but we refuse to penalize them for actions that have nothing to do with our platform."

CONFIDENTIAL                                                                                          DEFENDANTS001617

Rumble likes to call itself a "free speech alternative" to YouTube, where anything goes as long as it's not against the law. ~~When accused groomer Russel Brand was accu and alleged human trafficker Andrew Tate. Want to make a buck off conspiracy theories? Rumble has your (and Sandy Hook truther Alex Jones's) back~~In 2021, after getting an infusion of funding from Thiel, Rumble started branding itself as the "rails" of an "independent infrastructure" designed to be immune to "cancel culture" — or what anyone else would call basic content moderation.
A ~~YouTube wannabe~~ ~~is going to be the exclusive livestream provider~~ Rumble has livestreaming rights for the third GOP debate. But it's more than just a streaming platform — it's a self-described "free speech" alternative that works to monetize ~~the unmonetizable~~content that was banned elsewhere, cutting checks to creators for hate, transphobia and antisemitism.

B **Brandon Hardin** edited

**Rumble Explainer**

Oct 24, 2023, 11:05 AM   ·CMA Projects

~~Rumble~~And it seems to know brands wouldn't appreciate appearing next to some of ~~it~~Rumble's content~~, and~~: it has taken steps to minimize the risk of advertisers waking up to screenshots of their ads next to Alex Jones' face. It ~~has a~~s two-tier system for ads~~,~~ monetiz~~ing~~es the worst videos through Rumble Ads, its in-house ad platform, while featuring Google Ads on mainstream channels, such as Reuters.
But advertisers don't have to take that risk. Here's our guide on how to get out of Google Video Partners and block Rumble from your ad campaigns.
Rumble likes to call itself a "free speech alternative" to YouTube~~. It courts the likes of~~, where anything goes as long as it's not against the law. When accused groomer Russel Brand was accu and alleged human trafficker Andrew Tate. Want to make a buck off conspiracy theories? Rumble has your (and Sandy Hook truther Alex Jones's) back.

B **Brandon Hardin** edited

**Rumble Explainer**

Oct 24, 2023, 10:51 AM   ·CMA Projects

Rumble loves to boast about being free from Big Tech. In reality, the business appears to be heavily dependent on Google Ads~~.~~, ~~Google is by far their largest advertising partner.~~by far its largest advertising partner — and advertisers often have no idea their ads are appearing there. Rumble is part of Google Video Partners, which means Google dumps inventory there that many advertisers assume is going to YouTube.
Rumble ~~plays a shell game to try and keep itself in Google's good graces. It monet~~seems to know brands wouldn't appreciate appearing next to some of its content, and it has taken steps to minimizes the ~~worst videos itself, while using Google for mainstream content, giving a passing appearance of complying with supply policies. Bu~~risk of advertisers waking up to screenshots of their ads next to Alex Jones' face. It whats ~~advertiser wants to be featured on a site that regularly features QAnon conspiracies on its chart of top-performing videos?~~ two-tier system for ads, monetizing the worst videos through Rumble Ads, its in-house ad platform, while featuring Google Ads on mainstream channels, such as Reuters.

A~~But a~~dvertisers don't have to . Here's our guide on how to block Rumble from your ad campaigns.

B **Brandon Hardin** edited

**Rumble Explainer**

Oct 24, 2023, 10:18 AM · CMA Projects

Thanks to wealthy investors, Rumble can focus on growing users without worrying too much about burning cash (or driving away advertisers with unsafe content). One of those investors, Peter Thiel, is a billionaire venture capitalist who ~~is working to develop a network of media and advertising platforms that promote extremism (PLACEHOLDER). ADD PROJECT VERITAS~~has funded an "anti-woke" film festival, a science publication that questions evolution and climate change, and Project Veritas, known for its deceptively edited undercover videos targeting organizations like NPR, Planned Parenthood and teachers unions.
~~He'~~Thiel has made statements like he doesn't "believe that freedom and democracy are compatible," and "I will take QAnon and Pizzagate conspiracy theories any day over a Ministry of Truth" in response to Facebook moderation. ~~He's~~, making him a great fit for a platform that regularly features QAnon videos on its leaderboard. He ~~has~~'s also sunk millions of dollars into political candidates who denied the 2020 election results.


Notion.so, the all-in-one-workspace
for your notes, tasks, wikis, and databases.
Unsubscribe

CONFIDENTIAL                                           DEFENDANTS001619