UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE CHARLENE EDWARDS HONEYWELL

CLERK'S MINUTES

| CASE NO.: 8:23-cv-2718-CEH-LSG | DATE: March 28, 2025 |
|---|---|
| RUMBLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>NANDINI JAMMI, *et al.*,<br><br>Defendants. | PLAINTIFF'S COUNSEL:<br>Elizabeth M. Locke,<br>Nicholas J. Brechbill, and<br>Kathryn G. Humphrey<br><br><br>DEFENDANTS' COUNSEL:<br>John M. Browning and<br>Sarah M. Papadelias |
| COURTROOM: *via* Zoom | INTERPRETER: N/A |
| TIME: 1:33 P.M. – 2:17 P.M. | TOTAL: 44 Minutes |
| DEPUTY CLERK: Charmaine A. Black | COURT REPORTER: Becky Sabo |

PROCEEDING: CASE MANAGEMENT CONFERENCE

Court in session.

This matter is before the Court today for a Case Management Conference.

Counsel is present *via* Zoom video conference and identified for the record.

The Court hears arguments from Ms. Locke and Mr. Browning regarding the pending motions.

A discussion is held.

An Order will be entered.

Court is adjourned