# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

### CASE NO: 8:23-CV-2718

RUMBLE, INC., )
)
        Plaintiff, )
)
vs. )
)
NANDINI JAMMI, CLAIRE ATKIN, )
and JOHN DOE NOS. 1-10, )
)
        Defendants. )
)

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rumble, Inc. and Defendants Nandini Jammi and Claire Atkin, by and through their respective undersigned counsel, hereby stipulate to the dismissal of the instant lawsuit, with prejudice, as between the parties to this stipulation, with each party to bear its own attorneys' fees and costs.

Dated: May 2, 2025

| | |
|---|---|
| */s/ Jered T. Ede* | */s/ Sarah M. Papadelias* |
| Jered T. Ede (FBN 1045898) | Deanna K. Shullman (FBN 514462) |
| Elizabeth M. Locke* | Shullman Fugate PLLC |
| Nicholas J. Brechbill* | 2101 Vista Parkway, Ste. 4006 |
| Kathryn G. Humphrey* | West Palm Beach, Florida 33411 |
| Clare Locke LLP | Telephone: (561) 429-3619 |
| 10 Prince Street | dshullman@shullmanfugate.com |
| Alexandria, Virginia 22314 | |
| Telephone: (202) 628-7400 | Sarah M. Papadelias (FBN 0125098) |
| jered@clarelocke.com | Shullman Fugate PLLC |
| libby@clarelocke.com | 100 S. Ashley Dr., Ste. 600 |

<div style="display: flex;">

nick@clarelocke.com
kathryn@clarelocke.com
*Admitted *Pro Hac Vice*

*Counsel for Plaintiff*

</div>

<div>

Tampa, Florida 33602
Telephone: (813) 435-1615
spapadelias@shullmanfugate.com

Katherine M. Bolger*
John M. Browning*
Davis Wright Tremaine LLP
1251 Avenue of the Americas
New York, New York 1002
Telephone: (212) 489-8230
katebolger@dwt.com
jackbrowning@dwt.com
*Admitted *Pro Hac Vice*

*Counsel for Defendants Nandini Jammi and Claire Atkin*

</div>